**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-1944586 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 315 S. Main St. <br> Ann Arbor, MI 48104 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Washtenaw <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.mden.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4481

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

---

███  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 16, 2024___
              MM / DD / YYYY

X /s/ Scott Hirth _____                    Scott Hirth _____
Signature of authorized representative of debtor       Printed name

Title ___President___

**18. Signature of attorney**

X /s/ Kim K. Hillary _____              Date August 16, 2024 _____
Signature of attorney for debtor                          MM / DD / YYYY

Kim K. Hillary P67534 _____
Printed name

Schafer and Weiner, PLLC _____
Firm name

40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304 _____
Number, Street, City, State & ZIP Code

Contact phone (248) 540-3340 _____    Email address khillary@schaferandweiner.com _____

P67534 MI _____
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den     Case No. _____
                                 Debtor(s)           Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Julie Carol Corrin<br>2126 Agincourt<br>Ann Arbor, MI 48103 | | 33.33 | Stock |
| Scott David Hirth<br>11657 Calkins Rd.<br>Carleton, MI 48117 | | 33.33 | Stock |
| Steven Donald Horning<br>48287 Hilltop Dr. E.<br>Plymouth, MI 48170 | | 33.33 | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 16, 2024                    Signature   /s/ Scott Hirth
                                                            Scott Hirth

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den     Case No. _____
                                         Debtor(s)              Chapter    11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 16, 2024_____        /s/ Scott Hirth_____
                                                  Scott Hirth/President
                                                  Signer/Title

19nine LLC
P.O. Box 18173
Evansville, IN 47719


315-317 SMS, LLC
19727 Allen Rd., Ste. 11
Brownstown, MI 48183


5-Star Apparel - Erin Andrews
31 West 34th Street 4th Floor
New York, NY 10001


512-2301 Enterprises
32475 Stephenson Hwy
Madison Heights, MI 48071


Absopure Water Company
41590 Joy Rd
Attn: Karen Kallis or Pat Morris
Plymouth, MI 48170


Adrenaline World Jerseys, LLC
1445 Pioneer Way
El Cajon, CA 92020


Ahead LLC
270 Samuel Barnet Blvd.
New Bedford, MA 02745


Alantes Corporate Finance, LLC
234 5th Avenue, 2nd Floor
Attn: Kenneth Dotson
New York, NY 10001


Allegra
47583 Galleon Drive
Plymouth, MI 48170


Alumni Association/University of MI
200 Fletcher Street
Ann Arbor, MI 48109


Amerifi Capital LLC
330 Main St. Ste. 105
Hartford, CT 06106

Augusta Sportswear Brands - Holloway
P.O. Box 205601
Dallas, TX 75320-5601


Avalara Inc.
255 S. King St, Suite 1800
Seattle, WA 98104


Axia Time
16 Mount Bethel Road
Suite 358
Warren, NJ 07059


Baby Fanatic, LLC
4301 Dominion Blvd, Suite 130
Glen Allen, VA 23060


Bank of Ann Arbor
125 S. Fifth Avenue
Ann Arbor, MI 48104


Barbara A. Hirth Trust u/a/d 8-15-96


Barbara Hirth


BCS Apparel, Branded Custom Sportswear
7007 College Blvd. #700
Overland Park, KS 66211


Beveridge Marketing, LLC
dba EyeBlack.com
P.O. Box 60705
Potomac, MD 20859


Big Game USA
13835 Welch Road
Dallas, TX 75244


Blackstone Publishing
31 Mistletoe Road
Ashland, OR 97520

Blakeway, Inc
5451 Smetana Drive
Minnetonka, MN 55343

Blue 84 - Step Ahead Sportswear
StepAhead Sportswear
P.O. Box 1906
Detroit Lakes, MN 56502

Boelter Brands, LLC
P.O. Box 734296
Chicago, IL 60673-4296

Boxercraft
P.O. Box 712674
Philadelphia, PA 19171-2674

Boys And Girls Clubs Southeast Michigan

Campus Crystal Collection
56 Pleasant Street, P.O. Box 1199
Conway, NH 03818-1199

Cash Coin LLC
4615 Surf Ave. 2nd Flr.
Brooklyn, NY 11224

CDI Corp
3440 N. Knox
Chicago, IL 60641

Champion Custom Products
12188 Collection Center Dr.
Chicago, IL 60693

Charles River Apparel
1205 Providence Hwy
Sharon, MA 02301

Charter Communications/Spectrum
P.O. Box 7186
Pasadena, CA 91109-7186

Church Hill Classics
594 Pepper St
Monroe, CT 06468-2672


Churchill Capital Partners LLC
2389 Main St.
Glastonbury, CT 06033


City of Ann Arbor, Treasurer
301 Huron
Ann Arbor, MI 48104


Classic Collegiate China Co.
556 Galen Circle
Ann Arbor, MI 48103


Clearview Funding Solutions
576 Broadhollow Rd.
Melville, NY 11747


Cliff Keen Athletic
4480 Varsity Dr.
Ann Arbor, MI 48108


CMR Mechanical, LLC
P.O. Box 486
Dexter, MI 48130


College Concepts, LLC
P.O. Box 338
Dayton, TN 37321


Collegiate Pacific
P.O. Box 300
Roanoke, VA 24002


Collegiate Parent, LLC
3180 Sterling Circle, Ste 200
Boulder, CO 80301


Columbia Sportswear Co.
P. O. Box 935641
Atlanta, GA 31193-5641

Coman Publishing Company
P.O. Box 2331
Durham, NC 27702


Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI 48104-2131


Crusader Group LLC
1185 S. Main St.
Cheshire, CT 06410


Cutter & Buck
P.O. Box 34855
Seattle, WA 98124-1855


David A. Corrin and Julie C. Corrin Trus


David Corrin


David F. Hirth  Trust u/a/d 8-15-96


Dayna Designs
5020 Nicholson Court, Suite 207
Kensington, MD 20895


Donegal Bay
7572 Akins Road
North Royalton, OH 44133


DTE Energy
PO Box 740786
Cincinnati, OH 45274-0786


E & J Associates, LLC
730 Heatherway
Ann Arbor, MI 48104


Eagles Wings
2101 Old Hickory Tree Rd.
St. Cloud, FL 34772

Elizabeth A. Horning


Eternal Fortune Fashion, LLC
135 W 36th Street, 3rd Floor
New York, NY 10018


Event 1, Inc.
9700 Commerce Pkwy.
Attn: Finance Coordinator
Lenexa, KS 66219


Fanatics Licensed Sports Group, LLC
8100 Nations Way
Jacksonville, FL 32256


Foxy's Leotards
Foxy's Leotards
4540 E. Paris Ave, Suite A
Grand Rapids, MI 49512


Franklin Sports, Inc
P.O. Box 4808
Boston, MA 02212-4808


Gametime Sidekicks
2339 W Beaver Creek Drive
Powell, TN 37849


Gear for Sports
12193 Collection Center Dr.
Chicago, IL 60693


General Linen & Uniform
P.O. Box 02728
Detroit, MI 48202


Genuine Stuff / Outerstuff
Wells Fargo Bank
P.O. Box 712683
Philadelphia, PA 19171-2683


Global Resource Center
2211 Woodward Ave.
Detroit, MI 48201

Gold Crest Capital LLC
223 Spencer St. Ste. 201
Brooklyn, NY 11205


Greeting Pen
4084 Peavine Road
Crossville, TN 38571


Grover Capital LLC
3273 Bedford Ave.
Brooklyn, NY 11210


Highland Mint
4100 N. Riverside Drive
Melbourne, FL 32937


Home Team Studio
31732 Via Ana
San Juan Capistrano, CA 92675


Homecoming Sports, LLC
P.O. Box 340534
Tampa, FL 33694


Hype and Vice
2526 S. Hill St.
Los Angeles, CA 90007


Ian James Reach
117 N. First St., Ste. 103
Ann Arbor, MI 48104


Innovative Adhesives, LLC
P.O. Box 1719
Cary, NC 27512


J2 Sport, Inc.
351 Executive Drive
Troy, MI 48083


Jardine Associates
200 Compass Circle
North Kingstown, RI 02852

Jillson Roberts
3300 West Castor Street
Santa Anna, CA 92704-3908


Jostens
21336 Network Place
Chicago, IL 60673-1213


Julie Carol Corrin
2126 Agincourt
Ann Arbor, MI 48103


KCI Sports Publishing
3340 Whiting Avenue, Suite 5
Stevens Point, WI 54481


Kesef Funding Group
2613 E. 16th St.
Brooklyn, NY 11235


KH Sports Fan
23827 W Industrial Drive South
Plainfield, IL 60585


Knights Apparel, LLC
P.O. Box 735130
Chicago, IL 60673-5130


Kyle Cavan Inc
524 Cherokee Mills Drive
Woodstock, GA 30189


L2 Brands, LLC
300 Fame Ave
Hanover, PA 17331


Lakeshirts - Zephyr - Graf-X
P.O. Box 804
Detroit Lakes, MN 56502


Life Long Trusted Services, LLC
981 Jamaica Blvd.
Toms River, NJ 08757

Logan Sports Group - Heritage Stick Co.
63 Jim Mortson Dr
East Gwillimbury, ON L9N OR8


Logo Brands, Inc. (LogoChair)
235 Noah Drive, Suite 100
Franklin, TN 37064


LogoFit, LLC
3202 Lapeer Rd
Flint, MI 48503


Lululemon USA, Inc.
250 H Street, PMB 5000
Attn: David O'Donoghue
Blaine, WA 98230


LXG / Sutters Mill
P.O. Box 749652
Atlanta, GA 30374-9652


M Den Stadium Properties, LLC


M-Den Properties, LLC


Main St - Electricity


Mall at Briarwood, LLC
Simon Properties
225 West Washington St.
Indianapolis, IN 46204-3438


Mascot Factory
12340 Stowe Drive, Suite B
Poway, CA 92064


Masterpieces Puzzle Company
39313 Treasury Center
Chicago, IL 60694-9300

Mayflower Distributing Co., Inc.
P.O. Box 582389
Minneapolis, MN 55458


MCM Brands
145 Cane Creek Industrial Park Rd
Suite 315
Fletcher, NC 28732


MDen State Street Properties, LLC


Michael R. Turco
Brooks Wilkins Sharkey & Turco PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009


Michigan Daily
420 Maynard St.
Ann Arbor, MI 48109-1327


Michigan Sky Media
603 S. Washington Ave
Traverse City, MI 49685


Mitten State
Patrick Zubrickas
200 Graham Street SW
Grand Rapids, MI 49503


Momentous Campus Media
P.O. Box 17806
Boulder, CO 80308-0806


New Era Cap, LLC
160 Delaware Ave.
Buffalo, NY 14202


Newtek Small Business Finance LLC
1981 Marcus Ave. Ste. 130
Lake Success, NY 11042

Nike USA, Inc
Bank of America Lockbox Services
7932 Collection Center Drive
Chicago, IL 60693

Nordic Co.
5 Tripps Lane
Riverside, RI 02915

North Star Fur And Trading
12515 Morris Trail
Marine on Saint Croix, MN 55047

Northwest Company, LLC
c/o Rosenthal & Rosenthal Inc
P.O. Box 88926
Chicago, IL 60695-1926

Olympia Development - Retail
2125 Woodward
Detroit, MI 48201

Oracle Credit Corp
Wells Fargo Equipment Finance Inc
P.O. Box 858178
Minneapolis, MN 55485-8178

Packaging Services Corporation
P.O. Box 71225
Philadelphia, PA 19176-6225

Packline Co.
1675 Fritz Drive
Trenton, MI 48183-2100

Parody Productions, LLC
P.O. Box 43408
Cincinnati, OH 45243

Party Animal
909 Crocker Road
Westlake, OH 44145

Pegasus Sports LLC
P.O. Box 90
Belmar, NJ 07719

Pennington Bear Company / Prizes!
P.O. Box 80431
San Marino, CA 91118

Peter Millar, LLC.
P.O. Box 744420
Atlanta, GA 30374

Pets First Company
248 3rd Street
Elizabeth, NJ 07206

Pittsfield Charter Township
Treasurer's Office
6201 W. Michigan Ave.
Ann Arbor, MI 48108

Platzer Swergold Goldberg Katz & Jazlow
Attn: Linda Gates
475 Park Ave. South, 18th Floor
New York, NY 10016

Pressbox / Royce Apparel, Inc
5800 Royce Street
Kannapolis, NC 28083

Prime Brands Group Inc.
P.O. Box 842665
Boston, MA 02284-2665

Proventure Capital
2613 E. 16th St.
Brooklyn, NY 11235

Prudential Capital Funding LLC
83 Wooster Heights Rd. Ste. 125
Danbury, CT 06810

Reedy Press
P.O. Box 5131
Saint Louis, MO 63139

Rehmann Robson
P.O. Box 2025
Saginaw, MI 48605-2025


Rennae E. Whitt


Reyn-Spooner, Inc
500 Alakawa St, Rm 104
Honolulu, HI 96817-4576


RFSJ, INC
654 West Main Street
Mt. Pleasant, PA 15666


Richard and Beverly Fabian
2608 Laurentide
Ann Arbor, MI 48103


Rico / Tag Express
8030 Solutions Center
Chicago, IL 60677-8000


Riddell
P.O. Box 676277
Dallas, TX 75267-6277


Rivalry Trophy, LLC
46399 Pinehurst CirclE
Northville, MI 48168


Ross Sportswear
7500 Boone Avenue North, Ste 106
Brooklyn Park, MN 55428


Santa's Workshop, Inc.
1650 Trumbull Avenue
Girard, OH 44420


Scott David Hirth
11657 Calkins Rd.
Carleton, MI 48117

Scott David Hirth Trust u/a/d October 14
11657 Calkins Rd.
Carleton, MI 48117


SDS Design Associates, Inc
2534 Beryl Avenue
Whitehall, PA 18052-3710


Second Story Interiors, LLC
900 Orchard
Ferndale, MI 48220


Sewing Concepts Inc
5509 F. St.
Omaha, NE 68117


Small Business Administration
CESC – COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155


Society43, LLC
P.O. Box 933
Leavenworth, WA 98826


Spirit Products Ltd.
55 Chase Street
Methuen, MA 01844


Sporticulture, Inc.
14812 Burntwoods Road
Glenwood, MD 21738


Stadium View Properties, LLC
117 N. First St., Suite 80
Ann Arbor, MI 48104


Steven Donald Horning
48287 Hilltop Dr. E.
Plymouth, MI 48170


Stone Armory
22350 Brookpark Rd.
P.O. Box 26123
Fairview Park, OH 44126

Storm Duds
100 Frank Mossberg Drive
Attleboro, MA 02703-4632


Summit Sportswear
800 W. 47th St, Ste 620
Kansas City, MO 64112


Team Beans
444 Hoes Lane
Building 6, Box 26
Piscataway, NJ 08854


Team Golf
2221 Luna Rd
Carrollton, TX 75006


Tervis Tumbler
P.O. Box 734907
Chicago, IL 60673-4907


The David A. Corrin and Julie C. Corrin


The Steven D. Horning and Elizabeth A. H


The Steven D. Horning Trust


Third Street Sportswear
P.O. Box 145
Ozark, MO 65721-0145


Tommy Bahama
12564 Collections Center Drive
Chicago, IL 60693


TVO Mall Owner, LLC
Simon Properties
225 West Washington St.
Indianapolis, IN 46204-3438

TVT 2.0 LLC
8791 South Redwood Rd., Ste. 200
West Jordan, UT 84088


Twelve Oaks Mall, LLC
200 East Long Lake Rd.
Bloomfield Hills, MI 48303


UG Apparel
112 Olde Ash Lane
Charleston, WV 25311


UM - Michigan Photography
University of Michigan
LSA Building, 500 S. State Street, Rm 02
Ann Arbor, MI 48104-1382


UM Office of New Student Programs
1100 LSA Bilding,
500 South State Street
Ann Arbor, MI 48109-1382


Underground Printing
1476 Seaver Way
Ypsilanti, MI 48197


UniFi Equipment Finance, Inc.
801 W. Ellsworth Rd.
Ann Arbor, MI 48108


University Blanket & Flag
1111 Orange Avenue, Suite C
Coronado, CA 92118-3432


University of Michigan Dept of Athletics
Warde Manuel, Director of Athletics
Stephen M. Ross Athletic Campus
1000 S. State Street
Ann Arbor, MI 48109


UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

V Cap Group
333 Peasall Ave.
Cedarhurst, NY 11516


Valiant Management Group
3784 Plaza Dr
Ann Arbor, MI 48108


Vault 26 Capital LLC
19790 W. Dixie Hwy Ste. 907
Miami, FL 33180


Vee Fund, LLC
1518 E. 15th Street
Los Angeles, CA 90021


Victory Tailgate
Dept 771838
P.O. Box 77000
Detroit, MI 48277-1838


Vidiso Technologies
Zach Beeson
210 W. Stadium
Ann Arbor, MI 48103


Vintage Detroit Collection, Inc
44692 Helm St
Plymouth, MI 48170


Wes and Willy
P.O. Box 29647
Dallas, TX 75229


Westwood Capital Funding, LLC
4601 Sheridan St. Ste. 212
Hollywood, FL 33021


Westwood Funding Solutions, LLC
4601 Sheridan St. Ste. 212
Hollywood, FL 33021


Wincraft, Incorporated
960 E. Mark St.
Winona, MN 55987

```
Workbox Staffing, LLC
1350 Scribner Avenue Northwest
Grand Rapids, MI 49504


Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320-2882
```