Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 512-2301 Enterprises  32475 Stephenson Hwy  Madison Heights, MI 48071 | Danielle Roussin  danielle.roussin@hotmail.com  248.225.23.15 | Trade Debt | | | | $686,236.02 |
| Alantes Corporate Finance, LLC  234 5th Avenue, 2nd Floor  Attn: Kenneth Dotson  New York, NY 10001 | Kenneth Dotson  kdotson@alantes.com  646.820.6085 | Fee Agreement | | | | $346,875.00 |
| Allegra  47583 Galleon Drive  Plymouth, MI 48170 | Kathy Clendenin  kathyc@allegrapmplymouth.com  734.207.1314 | Trade Debt | | | | $326,123.28 |
| BCS Apparel, Branded Custom Sportswear  7007 College Blvd. #700  Overland Park, KS 66211 | Alan Kelly  akelly@dridesign.com  913.663.6882 | Trade Debt | | | | $4,252,764.87 |
| Champion Custom Products  12188 Collection Center Dr.  Chicago, IL 60693 | Tricia Schuler  tricia.shuler@hanes.com  913.693.3319 | Trade Debt | | | | $1,039,739.43 |
| Global Resource Center  2211 Woodward Ave.  Detroit, MI 48201 | Randall Lippe  randy.lippe@olydev.com | Past due rent - Detroit location | | | | $265,609.71 |
| Hype and Vice  2526 S. Hill St.  Los Angeles, CA 90007 | Will Palacios  will@hypeandvice.com  269.449.5035 | Trade Debt | | | | $187,076.07 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

| Debtor | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jostens<br>21336 Network Place<br>Chicago, IL 60673-1213 | Ann Houglum<br><br>ann.houglum@jostens.com<br>800.854.7464 x56333 | Trade Debt | | | | $180,221.41 |
| Lululemon USA, Inc.<br>250 H Street, PMB 5000<br>Attn: David O'Donoghue<br>Blaine, WA 98230 | David O'Donoghue<br><br>davidodonoghue@lululemon.com | Trade Debt | | | | $840,735.13 |
| Mall at Briarwood, LLC<br>Simon Properties<br>225 West Washington St.<br>Indianapolis, IN 46204-3438 | Kristen Justis<br><br>kristin.justis@simon.com<br>317.264.3003 | Trade Debt | | | | $614,141.42 |
| New Era Cap, LLC<br>160 Delaware Ave.<br>Buffalo, NY 14202 | Ryan Russell<br><br>ryan.russell@neweracap.com<br>716.469.1942 | Trade Debt | | | | $169,722.99 |
| Nike USA, Inc<br>Bank of America<br>Lockbox Services<br>7932 Collection Center Drive<br>Chicago, IL 60693 | Shruti Gupta<br><br>nacf.accountsgroupg@nike.com<br>316.801.0711 | Trade Debt | | | | $2,556,680.46 |
| Olympia Development - Retail<br>2125 Woodward<br>Detroit, MI 48201 | Laura Kolesky<br><br>laura.kolesky@olydev.com<br>313.471.6417 | Trade Debt | | | | $238,753.64 |
| RFSJ, INC<br>654 West Main Street<br>Mt. Pleasant, PA 15666 | Doreen Myers<br><br>doreen@rfsj.com<br>724.547.4457 | Trade Debt | | | | $445,159.14 |
| Tommy Bahama<br>12564 Collections Center Drive<br>Chicago, IL 60693 | Kenya Smith<br><br>kksmith@oxfordinc.com<br>404.653.1210 | Trade Debt | | | | $201,843.56 |
| TVO Mall Owner, LLC<br>Simon Properties<br>225 West Washington St.<br>Indianapolis, IN 46204-3438 | Gina Manes<br><br>jmanes@taubman.com<br>248.258.7576 | Trade Debt | | | | $191,571.32 |

| Debtor | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case number *(if known)* |
|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Twelve Oaks Mall, LLC 200 East Long Lake Rd. Bloomfield Hills, MI 48303 | jsanders@taubman.com | Past due rent - Twelve Oaks Mall location | | | | $206,434.44 |
| University of Michigan Dept of Athletics Warde Manuel, Director of Athletics Stephen M. Ross Athletic Campus 1000 S. State Street Ann Arbor, MI 48109 | | Royalty Payments | | | | $8,855,882.00 |
| UPS 55 Glenlake Pkwy NE Atlanta, GA 30328 | UPS Accounts Receivable 877.869.7502 | Trade Debt | | | | $173,455.83 |
| Valiant Management Group 3784 Plaza Dr Ann Arbor, MI 48108 | Jared Wangler jared@valientuofm.com 734.496.2369 | Trade Debt | | | | $665,961.00 |