UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 24-47922-tjt

Heritage Collegiate Apparel, Inc. f/k/a
M-Den, Inc., d/b/a The M Den   Chapter 11

Judge Thomas J. Tucker

Debtor.
_____/

# ORDER SCHEDULING IN-PERSON HEARING
# ON FIRST DAY MOTIONS

The above-captioned debtor (the "Debtor") filed its voluntary petition under Chapter 11 on August 16, 2024. On August 19, 2024, under Local Rule 9013-1, the Debtor filed the following first day motions (the "First Day Motions"):

- Debtor's Corrected First Day Motion for Entry of an Order Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection (Docket # 18); and

- First Day Motion for Order Authorizing Payment of Prepetition Wages, Salaries and Employee Benefits (Docket # 17).

**IT IS ORDERED** that the Court will hold an in-person hearing on each of the above First Day Motions (the "Hearing") on **Thursday, August 22, 2024, at 11:00 a.m.** in the courtroom of Judge Thomas J. Tucker at the United States Bankruptcy Court, 211 W. Fort Street, Room 1925, Detroit, MI 48226.

{01071079.1}  1

**IT IS FURTHER ORDERED** that *no later than today, August 19, 2024,* the Debtor's attorney must serve a copy of this Order on (i) the United States Trustee for the Eastern District of Michigan, (ii) Bank of Ann Arbor, (iii) Newtek, (iv) TVT, (v) the entities listed on Exhibit B to the Cash Collateral Motion or their agent, (vi) the Debtor's 20 largest unsecured creditors, and (v) all other parties who were required to be served under Fed. R. Bank. P. 4001(d).  *The Debtor's attorney must file a proof of such service no later than August 20, 2024.*

**Signed on August 19, 2024**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge