# United States Bankruptcy Court
## Eastern District of Michigan

In re: Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den
Debtor(s)

Case No.: 24-47922
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Julie Carol Corrin<br>2126 Agincourt<br>Ann Arbor, MI 48103 | | 25.03% | Stock |
| Scott David Hirth<br>11657 Calkins Rd.<br>Carleton, MI 48117 | | 25.03% | Stock |
| SSJ Return Holdings, Inc.<br>5000 Carpenter Rd.<br>Ypsilanti, MI 48197 | | 24.91% | Stock |
| Steven Donald Horning<br>48287 Hilltop Dr. E.<br>Plymouth, MI 48170 | | 25.03% | Stock |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: August 23, 2024

Signature: /s/ Scott Hirth
Scott Hirth

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders