UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:     Case No. 24-47922-tjt

Heritage Collegiate Apparel, Inc. f/k/a
M-Den, Inc., d/b/a The M Den     Chapter 11

Judge Thomas J. Tucker

                Debtor.
_____/

**ORDER GRANTING DEBTOR'S *EX-PARTE* MOTION FOR AN EXPEDITED HEARING ON ITS MOTION FOR ENTRY OF AN ORDER (I) APPROVING LIDS HOLDINGS, INC., OR ITS DESIGNATED SUBSIDIARY AS STALKING HORSE BIDDER, (II) AUTHORIZING THE DEBTOR'S ENTRY INTO AN ASSET PURCHASE AGREEMENT, (III) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES, (IV) APPROVING CERTAIN BID PROCEDURES, BID PROTECTIONS AND DEADLINES, (V) SCHEDULING A SALE HEARING, AND (VI) GRANTING RELATED RELIEF**

This case is before the Court on the Debtor's expedited hearing motion filed August 27, 2024 (Docket # 55, the "Expedited Hearing Motion"), seeking an expedited hearing on the Debtor's motion entitled "Debtor's Motion for Entry of an Order (I) Approving Lids Holdings, Inc., or its Designated Subsidiary as Stalking Horse Bidder, (II) Authorizing the Debtor's Entry Into An Asset Purchase Agreement, (III) Authorizing The Sale of the Debtor's assets Free and Clear of All Encumbrances, (IV) Approving Certain Bid Procedures, Bid Protections and

Deadlines, (V) Scheduling a Sale Hearing, And (VI) Granting Related Relief" (Docket # 54, the "Sale Motion"). The Court finds good cause to enter this Order.

**IT IS ORDERED** that the Court will hold an in person hearing on the Sale Motion (Docket # 54) on **September 4, 2024, at 11:00 a.m.,** in Courtroom 1925, 211 W. Fort Street, Detroit, Michigan.

**IT IS FURTHER ORDERED** that any objections to the relief sought in the Debtor's Sale Motion (Docket # 54) must be filed no later than September 3, 2024.

**IT IS FURTHER ORDERED** that the Debtor must *immediately* serve this Order via the Court's ECF system, electronic mail, facsimile, or Federal Express for overnight delivery, as the case may be, upon (i) the United States Trustee; (ii) all secured creditors; (iii) the Debtor's twenty (20) largest unsecured creditors; (iv) all parties that have requested special notice pursuant to Bankruptcy Rule 2002; and (v) all other entities known to have expressed an interest in a transaction with respect to all or part of the Assets, (vi) E&J Associates, LLC, and (vii) 315-317 SMS, LLC. *No later than August 28, 2024*, the Debtor must file a proof of all such service.

**Signed on August 27, 2024**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge