Debtor name    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    24-47922

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*......................................................................................    $           0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................................    $      8,349,617.56

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................................    $      8,349,617.56

---

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $    12,757,035.79

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $        69,956.51

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    26,314,500.44

4.    Total liabilities .................................................................................................
     Lines 2 + 3a + 3b      $    39,141,492.74

**Fill in this information to identify the case:**

Debtor name    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    24-47922

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $0.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Cash | Checking | | $1,159.03 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $1,159.03 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.   Security deposit for Commercial Lease with E&J Associates for State St. location. | $10,500.00 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                    $10,500.00

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:          161,488.53        -             0.00     = ....          $161,488.53
                              _____        _____
                              face amount                     doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                    $161,488.53

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| All asset | May 2023 | $0.00 | Recent cost | $8,102,417.00 |
| 22.  **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**                                                    $8,102,417.00

Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| | Furniture and Fixtures | $0.00 | | $10,540.00 |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $10,540.00 |
|---|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2023 Ram Promaster Van VIN 3C6LRVBG6PE529472 | $60,153.00 | | $60,153.00 |
| 47.2. | 2019 Chevrolet Express Box Truck VIN - 1HA3GTCG7KN015406 | $3,363.00 | | $3,360.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**                                                                    $63,513.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   307-309 South State St. Ann Arbor, MI  48104 | Leasehold | $843,854.00 | | Unknown |
| 55.2.   Warehouse 5000 Carpenter Rd., Ypsilanti, MI 48176 | Leasehold | $243,031.00 | | Unknown |
| 55.3.   1336 S. Main Ann Arbor, MI  48104 | Leasehold | $0.00 | | Unknown |
| 55.4.   Parking Lot on 1336 South Main Street, Ann Arbor, MI 48104 | Leasehold | $0.00 | | Unknown |
| 55.5.   Lawn facing Main Street located at 1328 South Main St. Ann Arbor | Leashold | $0.00 | | Unknown |

| | | | | |
|---|---|---|---|---|
| 55.6. | 711 North University in Ann Arbor | Sublease | $0.00 | Unknown |
| 55.7. | 301-303 S. State Street, Ann Arbor | Leasehold | $0.00 | Unknown |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

       $0.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,159.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $161,488.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,102,417.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,540.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $63,513.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*    + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,349,617.56 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,349,617.56 |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | AmeriCredit Financial Services Inc. | | | |
|---|---|---|---|---|

**AmeriCredit Financial Services Inc.**
Creditor's Name

P.O. Box 183853
Arlington, TX 76096
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1221

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2019 Chevrolet Express Box Truck
VIN - 1HA3GTCG7KN015406

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$8,701.84          $3,360.00

---

| 2.2 | Amerifi Capital LLC | | | |
|---|---|---|---|---|

**Amerifi Capital LLC**
Creditor's Name

330 Main St. Ste. 105
Hartford, CT 06106
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$0.00          $0.00

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | Bank of Ann Arbor | Describe debtor's property that is subject to a lien | $2,552,675.50 | $8,102,417.00 |
| | Creditor's Name | All asset | | |

125 S. Fifth Avenue
Ann Arbor, MI 48104
Creditor's mailing address

**Describe the lien**
All Asset Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
October 5, 2023
**Last 4 digits of account number**
0184
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Newtek Small Business Finance LLC
2. Bank of Ann Arbor
3. Bank of Ann Arbor
4. TVT 2.0 LLC
5. Small Business Administration
6. Bank of Ann Arbor

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Bank of Ann Arbor | Describe debtor's property that is subject to a lien | $103,184.41 | $8,102,417.00 |
| | Creditor's Name | All asset | | |

125 S. Fifth Avenue
Ann Arbor, MI 48104
Creditor's mailing address

**Describe the lien**
Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
July 29, 2022
**Last 4 digits of account number**
1529
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Bank of Ann Arbor | Describe debtor's property that is subject to a lien | $179,530.36 | Unknown |

Debtor    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a
The M Den
     Name

Case number (if known)    24-47922

| | |
|---|---|
| **Creditor's Name** | All asset |
| 125 S. Fifth Avenue<br>Ann Arbor, MI 48104 | |
| **Creditor's mailing address** | **Describe the lien**<br>Guarantee Obligation |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| **Creditor's email address, if known** | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| June 25, 2022 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>0994 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| 1. Bank of Ann Arbor | ☐ Disputed |
| 2. Bank of Ann Arbor | |

| 2.6 | Bank of Ann Arbor | **Describe debtor's property that is subject to a lien** | $2,057,684.10 | Unknown |
|---|---|---|---|---|
| | **Creditor's Name** | All asset | | |

| | |
|---|---|
| 125 S. Fifth Avenue<br>Ann Arbor, MI 48104 | |
| **Creditor's mailing address** | **Describe the lien**<br>Guarantee Obligation |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| **Creditor's email address, if known** | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| June 27, 2022 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>1636 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.7 | Bank of Ann Arbor | **Describe debtor's property that is subject to a lien** | $606,290.36 | Unknown |
|---|---|---|---|---|
| | **Creditor's Name** | All asset | | |

| | |
|---|---|
| 125 S. Fifth Avenue<br>Ann Arbor, MI 48104 | |
| **Creditor's mailing address** | **Describe the lien**<br>Guaranteed Obligation |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| **Creditor's email address, if known** | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| July 27, 2017 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

1828

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Bank of Ann Arbor | | |
|---|---|---|---|
| | Creditor's Name | | |

125 S. Fifth Avenue
Ann Arbor, MI 48104
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
June 27, 2017

**Last 4 digits of account number**
1827

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**Describe debtor's property that is subject to a lien**    $861,082.35    $8,102,417.00
All asset

**Describe the lien**
Guaranteed Obligation

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Cash Coin LLC | | |
|---|---|---|---|
| | Creditor's Name | | |

4615 Surf Ave. 2nd Flr.
Brooklyn, NY 11224
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $0.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.10 | Churchill Capital Partners LLC | | |
|---|---|---|---|
| | Creditor's Name | | |

2389 Main St.
Glastonbury, CT 06033

**Describe debtor's property that is subject to a lien**    $0.00    $0.00

---

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.1 1 | Clearview Funding Solutions | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

576 Broadhollow Rd.
Melville, NY 11747
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.1 2 | Crusader Group LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

1185 S. Main St.
Cheshire, CT 06410
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a
          The M Den                                                           Case number (if known)    24-47922
          Name

■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.

□ Contingent
□ Unliquidated
■ Disputed

---

| 2.1 3 | Gold Crest Capital LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

223 Spencer St. Ste. 201
Brooklyn, NY 11205

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.1 4 | Grover Capital LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

3273 Bedford Ave.
Brooklyn, NY 11210

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.1 5 | Kesef Funding Group | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

2613 E. 16th St.
Brooklyn, NY 11235

Creditor's mailing address

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 12

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.16 | Life Long Trusted Services, LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

981 Jamaica Blvd.
Toms River, NJ 08757
Creditor's mailing address

**Describe the lien**
UCC Filing

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.17 | Newtek Small Business Finance LLC | Describe debtor's property that is subject to a lien | $4,835,106.04 | $8,102,417.00 |

Creditor's Name

1981 Marcus Ave. Ste. 130
Lake Success, NY 11042
Creditor's mailing address

All asset

**Describe the lien**
SBA Loan

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
December 10, 2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 8** | Proventure Capital | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| | Creditor's Name | | | |

2613 E. 16th St.
Brooklyn, NY 11235
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 9** | Prudential Capital Funding LLC | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| | Creditor's Name | | | |

83 Wooster Heights Rd. Ste. 125
Danbury, CT 06810
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2 0** | Richard and Beverly Fabian | **Describe debtor's property that is subject to a lien**<br>1336 S. Main<br>Ann Arbor, MI 48104 | Unknown | Unknown |
| | Creditor's Name | | | |

2608 Laurentide
Ann Arbor, MI 48103
Creditor's mailing address

**Describe the lien**

---

24-47922-tjt    Doc 72    Filed 08/30/24    Entered 08/30/24 13:59:45    Page 15 of 69

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 1 | Small Business Administration | | | |
|---|---|---|---|---|

Creditor's Name

CESC - COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
June 17, 2020

**Last 4 digits of account number**
7908

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**Describe debtor's property that is subject to a lien**
All asset

$500,000.00 — $8,102,417.00

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 2 | TVT 2.0 LLC |
|---|---|

Creditor's Name

8791 South Redwood Rd., Ste. 200
West Jordan, UT 84088

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
March 23, 2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All asset

$1,003,941.00 — $8,102,417.00

**Describe the lien**
Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **UniFi Equipment Finance, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
2023 Ram Promaster Van
VIN 3C6LRVBG6PE529472

$48,839.83 | $60,153.00

801 W. Ellsworth Rd.
Ann Arbor, MI 48108
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 4 | **V Cap Group** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

$0.00 | $0.00

333 Peasall Ave.
Cedarhurst, NY 11516
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 5 | **Vault 26 Capital LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

$0.00 | $0.00

19790 W. Dixie Hwy Ste. 907
Miami, FL 33180
Creditor's mailing address

**Describe the lien**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | Vee Fund, LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

1518 E. 15th Street
Los Angeles, CA 90021

Creditor's mailing address

**Describe the lien**
UCC Financing Statement

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
12-15-2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 7 | Westwood Capital Funding, LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

4601 Sheridan St. Ste. 212
Hollywood, FL 33021

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case number (if known) | 24-47922 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.2 8 | Westwood Funding Solutions, LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

4601 Sheridan St. Ste. 212
Hollywood, FL 33021

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,757,035.79 |
|---|---|---|

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name ___Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF MICHIGAN___

Case number (if known) ___24-47922___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Massachusetts, State of<br>Dept. of Revenue<br>Bankruptcy Department<br>P.O. Box 7090<br>Boston, MA 02204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,125.30 | $1,045.15 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number __4586__<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Ohio, State of<br>Dept. of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43218-2131 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $68,831.21 | $48,758.13 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address
19nine LLC

P.O. Box 18173
Evansville, IN 47719

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$13,652.25

---

**3.2** | Nonpriority creditor's name and mailing address
315-317 SMS, LLC
19727 Allen Rd., Ste.  11
Brownstown, MI 48183

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Past due rent - 315/317 Main St. location

Is the claim subject to offset? ■ No ☐ Yes

$33,481.29

---

**3.3** | Nonpriority creditor's name and mailing address
5-Star Apparel - Erin Andrews

31 West 34th Street 4th Floor
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$101,605.40

---

**3.4** | Nonpriority creditor's name and mailing address
512-2301 Enterprises
32475 Stephenson Hwy
Madison Heights, MI 48071

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$686,236.02

---

**3.5** | Nonpriority creditor's name and mailing address
Absopure Water Company
41590 Joy Rd
Attn: Karen Kallis or Pat Morris
Plymouth, MI 48170

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$313.70

---

**3.6** | Nonpriority creditor's name and mailing address
Adrenaline World Jerseys, LLC
1445 Pioneer Way
El Cajon, CA 92020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,125.00

---

**3.7** | Nonpriority creditor's name and mailing address
Ahead LLC
270 Samuel Barnet Blvd.
New Bedford, MA 02745

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$23,187.00

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $346,875.00 |
|---|---|---|---|
| | Alantes Corporate Finance, LLC<br>234 5th Avenue, 2nd Floor<br>Attn: Kenneth Dotson<br>New York, NY 10001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Fee Agreement | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $326,123.28 |
|---|---|---|---|
| | Allegra<br>47583 Galleon Drive<br>Plymouth, MI 48170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,043.75 |
|---|---|---|---|
| | Alumni Association/University of MI<br>200 Fletcher Street<br>Ann Arbor, MI 48109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,367.25 |
|---|---|---|---|
| | Augusta Sportswear Brands - Holloway<br>P.O. Box 205601<br>Dallas, TX 75320-5601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | Avalara Inc.<br>255 S. King St, Suite 1800<br>Seattle, WA 98104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46,349.74 |
|---|---|---|---|
| | Axia Time<br>16 Mount Bethel Road<br>Suite 358<br>Warren, NJ 07059 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,350.00 |
|---|---|---|---|
| | Baby Fanatic, LLC<br>4301 Dominion Blvd, Suite 130<br>Glen Allen, VA 23060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,252,764.87 |
| --- | --- | --- | --- |
| | BCS Apparel, Branded Custom Sportswear<br>7007 College Blvd. #700<br>Overland Park, KS 66211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,311.00 |
| --- | --- | --- | --- |
| | Beveridge Marketing, LLC<br>dba EyeBlack.com<br>P.O. Box 60705<br>Potomac, MD 20859 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,432.00 |
| --- | --- | --- | --- |
| | Big Game USA<br>13835 Welch Road<br>Dallas, TX 75244 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,064.80 |
| --- | --- | --- | --- |
| | Blackstone Publishing<br>31 Mistletoe Road<br>Ashland, OR 97520 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,335.74 |
| --- | --- | --- | --- |
| | Blakeway, Inc<br>5451 Smetana Drive<br>Minnetonka, MN 55343 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,307.25 |
| --- | --- | --- | --- |
| | Blue 84 - Step Ahead Sportswear<br>StepAhead Sportswear<br>P.O. Box 1906<br>Detroit Lakes, MN 56502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.48 |
| --- | --- | --- | --- |
| | Boelter Brands, LLC<br>P.O. Box 734296<br>Chicago, IL 60673-4296 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

24-47922-tjt    Doc 72    Filed 08/30/24    Entered 08/30/24 13:59:45    Page 23 of 69

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,043.52 |
|---|---|---|
| Boxercraft<br>P.O. Box 712674<br>Philadelphia, PA 19171-2674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|
| Boys And Girls Clubs Southeast Michigan | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,121.80 |
|---|---|---|
| Campus Crystal Collection<br>56 Pleasant Street, P.O. Box 1199<br>Conway, NH 03818-1199 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.00 |
|---|---|---|
| CDI Corp<br>3440 N. Knox<br>Chicago, IL 60641 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,039,739.43 |
|---|---|---|
| Champion Custom Products<br>12188 Collection  Center Dr.<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,225.64 |
|---|---|---|
| Charles River Apparel<br>1205 Providence Hwy<br>Sharon, MA 02301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.83 |
|---|---|---|
| Charter Communications/Spectrum<br>P.O. Box 7186<br>Pasadena, CA 91109-7186 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Utility Service_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

### 3.29
**Nonpriority creditor's name and mailing address**
Church Hill Classics
594 Pepper St
Monroe, CT 06468-2672

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$128,940.97

### 3.30
**Nonpriority creditor's name and mailing address**
City of Ann Arbor, Treasurer
301 Huron
Ann Arbor, MI 48104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Taxes

Is the claim subject to offset? ■ No ☐ Yes

$103,494.40

### 3.31
**Nonpriority creditor's name and mailing address**
Classic Collegiate China Co.
556 Galen Circle
Ann Arbor, MI 48103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$163.55

### 3.32
**Nonpriority creditor's name and mailing address**
Cliff Keen Athletic
4480 Varsity Dr.
Ann Arbor, MI 48108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,701.76

### 3.33
**Nonpriority creditor's name and mailing address**
CMR Mechanical, LLC
P.O. Box 486
Dexter, MI 48130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$27,330.00

### 3.34
**Nonpriority creditor's name and mailing address**
College Concepts, LLC
P.O. Box 338
Dayton, TN 37321

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$46,020.00

### 3.35
**Nonpriority creditor's name and mailing address**
Collegiate Pacific
P.O. Box 300
Roanoke, VA 24002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$106,524.74

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,395.00 |
|---|---|---|---|
| | Collegiate Parent, LLC<br>3180 Sterling Circle, Ste 200<br>Boulder, CO 80301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $95,526.96 |
|---|---|---|---|
| | Columbia Sportswear Co.<br>P. O. Box 935641<br>Atlanta, GA 31193-5641 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,445.00 |
|---|---|---|---|
| | Coman Publishing Company<br>P.O. Box 2331<br>Durham, NC 27702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Conlin, McKenney & Philbrick, P.C.<br>350 South Main Street, Suite 400<br>Ann Arbor, MI 48104-2131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Professional Services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,976.29 |
|---|---|---|---|
| | Cutter & Buck<br>P.O. Box 34855<br>Seattle, WA 98124-1855 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,775.00 |
|---|---|---|---|
| | Dayna Designs<br>5020 Nicholson Court, Suite 207<br>Kensington, MD 20895 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,284.41 |
|---|---|---|---|
| | Donegal Bay<br>7572 Akins Road<br>North Royalton, OH 44133 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

24-47922-tjt    Doc 72    Filed 08/30/24    Entered 08/30/24 13:59:45    Page 26 of 69

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.37 |
|---|---|---|
| DTE Energy<br>PO Box 740786<br>Cincinnati, OH 45274-0786 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility Service | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,616.55 |
|---|---|---|
| E & J Associates, LLC<br>730 Heatherway<br>Ann Arbor, MI 48104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Lease - State Street location | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,263.89 |
|---|---|---|
| Eagles Wings<br>2101 Old Hickory Tree Rd.<br>St. Cloud, FL 34772 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,262.33 |
|---|---|---|
| Eternal Fortune Fashion, LLC<br>135 W 36th Street, 3rd Floor<br>New York, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.60 |
|---|---|---|
| Event 1, Inc.<br>9700 Commerce Pkwy.<br>Attn: Finance Coordinator<br>Lenexa, KS 66219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,929.25 |
|---|---|---|
| Fanatics Licensed Sports Group, LLC<br>8100 Nations Way<br>Jacksonville, FL 32256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,279.67 |
|---|---|---|
| Foxy's Leotards<br>Foxy's Leotards<br>4540 E. Paris Ave, Suite A<br>Grand Rapids, MI 49512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.45 |
|---|---|---|---|

**Franklin Sports, Inc**
P.O. Box 4808
Boston, MA 02212-4808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,864.00 |
|---|---|---|---|

**Gametime Sidekicks**
2339 W Beaver Creek Drive
Powell, TN 37849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,436.40 |
|---|---|---|---|

**Gear for Sports**
12193 Collection Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.12 |
|---|---|---|---|

**General Linen & Uniform**
P.O. Box 02728
Detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,911.28 |
|---|---|---|---|

**Genuine Stuff / Outerstuff**
Wells Fargo Bank
P.O. Box 712683
Philadelphia, PA 19171-2683

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265,609.71 |
|---|---|---|---|

**Global Resource Center**
2211 Woodward Ave.
Detroit, MI 48201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Past due rent - Detroit location_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**Greeting Pen**
4084 Peavine Road
Crossville, TN 38571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,382.22 |
|---|---|---|---|
| | Highland Mint<br>4100 N. Riverside Drive<br>Melbourne, FL 32937 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.00 |
|---|---|---|---|
| | Home Team Studio<br>31732 Via Ana<br>San Juan Capistrano, CA 92675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.50 |
|---|---|---|---|
| | Homecoming Sports, LLC<br>P.O. Box 340534<br>Tampa, FL 33694 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,076.07 |
|---|---|---|---|
| | Hype and Vice<br>2526 S. Hill St.<br>Los Angeles, CA 90007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,995.00 |
|---|---|---|---|
| | Innovative Adhesives, LLC<br>P.O. Box 1719<br>Cary, NC 27512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,490.51 |
|---|---|---|---|
| | J2 Sport, Inc.<br>351 Executive Drive<br>Troy, MI 48083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,251.37 |
|---|---|---|---|
| | Jardine Associates<br>200 Compass Circle<br>North Kingstown, RI 02852 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,828.20 |
|---|---|---|---|
| | Jillson Roberts | ☐ Contingent | |
| | 3300 West Castor Street | ☐ Unliquidated | |
| | Santa Anna, CA 92704-3908 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $180,221.41 |
|---|---|---|---|
| | Jostens | ☐ Contingent | |
| | 21336 Network Place | ☐ Unliquidated | |
| | Chicago, IL 60673-1213 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,774.08 |
|---|---|---|---|
| | KCI Sports Publishing | ☐ Contingent | |
| | 3340 Whiting Avenue, Suite 5 | ☐ Unliquidated | |
| | Stevens Point, WI 54481 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,602.76 |
|---|---|---|---|
| | KH Sports Fan | ☐ Contingent | |
| | 23827 W Industrial Drive South | ☐ Unliquidated | |
| | Plainfield, IL 60585 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67,831.20 |
|---|---|---|---|
| | Knights Apparel, LLC | ☐ Contingent | |
| | P.O. Box 735130 | ☐ Unliquidated | |
| | Chicago, IL 60673-5130 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,167.62 |
|---|---|---|---|
| | Kyle Cavan Inc | ☐ Contingent | |
| | 524 Cherokee Mills Drive | ☐ Unliquidated | |
| | Woodstock, GA 30189 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $101,942.84 |
|---|---|---|---|
| | L2 Brands, LLC | ☐ Contingent | |
| | 300 Fame Ave | ☐ Unliquidated | |
| | Hanover, PA 17331 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,048.00 |
| --- | --- | --- | --- |
|  | Lakeshirts - Zephyr - Graf-X | ☐ Contingent |  |
|  | P.O. Box 804 | ☐ Unliquidated |  |
|  | Detroit Lakes, MN 56502 | ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_ |  |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,244.36 |
| --- | --- | --- | --- |
|  | Logan Sports Group - Heritage Stick Co. | ☐ Contingent |  |
|  | 63 Jim Mortson Dr | ☐ Unliquidated |  |
|  | East Gwillimbury, ON L9N OR8 | ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_ |  |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110,682.00 |
| --- | --- | --- | --- |
|  | Logo Brands, Inc. (LogoChair) | ☐ Contingent |  |
|  | 235 Noah Drive, Suite 100 | ☐ Unliquidated |  |
|  | Franklin, TN 37064 | ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_ |  |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,329.64 |
| --- | --- | --- | --- |
|  | LogoFit, LLC | ☐ Contingent |  |
|  | 3202 Lapeer Rd | ☐ Unliquidated |  |
|  | Flint, MI 48503 | ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_ |  |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $840,735.13 |
| --- | --- | --- | --- |
|  | Lululemon USA, Inc. | ☐ Contingent |  |
|  | 250 H Street, PMB 5000 | ☐ Unliquidated |  |
|  | Attn:  David O'Donoghue | ☐ Disputed |  |
|  | Blaine, WA 98230 |  |  |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_ |  |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,347.20 |
| --- | --- | --- | --- |
|  | LXG / Sutters Mill | ☐ Contingent |  |
|  | P.O. Box 749652 | ☐ Unliquidated |  |
|  | Atlanta, GA 30374-9652 | ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_ |  |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,400.27 |
| --- | --- | --- | --- |
|  | Main St - Electricity | ☐ Contingent |  |
|  |  | ☐ Unliquidated |  |
|  |  | ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade Debt_ |  |
|  |  | Is the claim subject to offset? ■ No ☐ Yes |  |

24-47922-tjt   Doc 72   Filed 08/30/24   Entered 08/30/24 13:59:45   Page 31 of 69

---

**3.78**    **Nonpriority creditor's name and mailing address**

Mall at Briarwood, LLC
Simon Properties
225 West Washington St.
Indianapolis, IN 46204-3438

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Past due rent - Briarwood Mall location

Is the claim subject to offset? ■ No ☐ Yes

$614,141.42

---

**3.79**    **Nonpriority creditor's name and mailing address**

Mascot Factory
12340 Stowe Drive, Suite B
Poway, CA 92064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$46,622.01

---

**3.80**    **Nonpriority creditor's name and mailing address**

Masterpieces Puzzle Company
39313 Treasury Center
Chicago, IL 60694-9300

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$22,758.20

---

**3.81**    **Nonpriority creditor's name and mailing address**

Mayflower Distributing Co., Inc.
P.O. Box 582389
Minneapolis, MN 55458

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,398.72

---

**3.82**    **Nonpriority creditor's name and mailing address**

MCM Brands
145 Cane Creek Industrial Park Rd
Suite 315
Fletcher, NC 28732

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$77,283.65

---

**3.83**    **Nonpriority creditor's name and mailing address**

Michigan Daily
420 Maynard St.
Ann Arbor, MI 48109-1327

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$815.00

---

**3.84**    **Nonpriority creditor's name and mailing address**

Michigan Sky Media
603 S. Washington Ave
Traverse City, MI 49685

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$7,350.00

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**3.85**

Nonpriority creditor's name and mailing address
Mitten State
Patrick Zubrickas
200 Graham Street SW
Grand Rapids, MI 49503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.86**

Nonpriority creditor's name and mailing address
Momentous Campus Media
P.O. Box 17806
Boulder, CO 80308-0806

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,670.00

---

**3.87**

Nonpriority creditor's name and mailing address
New Era Cap, LLC
160 Delaware Ave.
Buffalo, NY 14202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$169,722.99

---

**3.88**

Nonpriority creditor's name and mailing address
Nike USA, Inc
Bank of America Lockbox Services
7932 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,556,680.46

---

**3.89**

Nonpriority creditor's name and mailing address
Nordic Co.
5 Tripps Lane
Riverside, RI 02915

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$17,234.42

---

**3.90**

Nonpriority creditor's name and mailing address
North Star Fur And Trading
12515 Morris Trail
Marine on Saint Croix, MN 55047

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,013.00

---

**3.91**

Nonpriority creditor's name and mailing address
Northwest Company, LLC
c/o Rosenthal & Rosenthal Inc
P.O. Box 88926
Chicago, IL 60695-1926

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$43,651.50

---

---

**3.92**

**Nonpriority creditor's name and mailing address**
Olympia Development - Retail
2125 Woodward
Detroit, MI 48201

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$238,753.64

---

**3.93**

**Nonpriority creditor's name and mailing address**
Oracle Credit Corp
Wells Fargo Equipment Finance Inc
P.O. Box 858178
Minneapolis, MN 55485-8178

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$84,747.89

---

**3.94**

**Nonpriority creditor's name and mailing address**
Packaging Services Corporation
P.O. Box 71225
Philadelphia, PA 19176-6225

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$40,953.06

---

**3.95**

**Nonpriority creditor's name and mailing address**
Packline Co.
1675 Fritz Drive
Trenton, MI 48183-2100

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,571.17

---

**3.96**

**Nonpriority creditor's name and mailing address**
Parody Productions, LLC
P.O. Box 43408
Cincinnati, OH 45243

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$595.00

---

**3.97**

**Nonpriority creditor's name and mailing address**
Party Animal
909 Crocker Road
Westlake, OH 44145

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,613.33

---

**3.98**

**Nonpriority creditor's name and mailing address**
Pegasus Sports LLC
P.O. Box 90
Belmar, NJ 07719

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$4,098.40

---

**3.99**

**Nonpriority creditor's name and mailing address**
Pennington Bear Company / Prizes!
P.O. Box 80431
San Marino, CA 91118

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,980.00

---

**3.100**

**Nonpriority creditor's name and mailing address**
Peter Millar, LLC.
P.O. Box 744420
Atlanta, GA 30374

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$60,078.62

---

**3.101**

**Nonpriority creditor's name and mailing address**
Pets First Company
248 3rd Street
Elizabeth, NJ 07206

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$12,548.00

---

**3.102**

**Nonpriority creditor's name and mailing address**
Pittsfield Charter Township
Treasurer's Office
6201 W. Michigan Ave.
Ann Arbor, MI 48108

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Taxes

Is the claim subject to offset? ■ No ☐ Yes

$24,871.16

---

**3.103**

**Nonpriority creditor's name and mailing address**
Pressbox / Royce Apparel, Inc
5800 Royce Street
Kannapolis, NC 28083

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$65,195.65

---

**3.104**

**Nonpriority creditor's name and mailing address**
Prime Brands Group Inc.
P.O. Box 842665
Boston, MA 02284-2665

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,424.35

---

**3.105**

**Nonpriority creditor's name and mailing address**
Reedy Press
P.O. Box 5131
Saint Louis, MO 63139

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$490.70

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,479.13 |
|---|---|---|---|

Rehmann Robson
P.O. Box 2025
Saginaw, MI 48605-2025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,274.24 |
|---|---|---|---|

Reyn-Spooner, Inc
500 Alakawa St, Rm 104
Honolulu, HI 96817-4576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $445,159.14 |
|---|---|---|---|

RFSJ, INC
654 West Main Street
Mt. Pleasant, PA 15666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,358.76 |
|---|---|---|---|

Rico / Tag Express
8030 Solutions Center
Chicago, IL 60677-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,572.10 |
|---|---|---|---|

Riddell
P.O. Box 676277
Dallas, TX 75267-6277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,452.17 |
|---|---|---|---|

Rivalry Trophy, LLC
46399 Pinehurst CirclE
Northville, MI 48168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,458.00 |
|---|---|---|---|

Ross Sportswear
7500 Boone Avenue North, Ste 106
Brooklyn Park, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,734.52 |
|---|---|---|---|

Santa's Workshop, Inc.
1650 Trumbull Avenue
Girard, OH 44420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $79,482.00 |
|---|---|---|---|

SDS Design Associates, Inc
2534 Beryl Avenue
Whitehall, PA 18052-3710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $66,757.59 |
|---|---|---|---|

Second Story Interiors, LLC
900 Orchard
Ferndale, MI 48220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,164.00 |
|---|---|---|---|

Sewing Concepts Inc
5509 F. St.
Omaha, NE 68117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,647.93 |
|---|---|---|---|

Society43, LLC
P.O. Box 933
Leavenworth, WA 98826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,004.72 |
|---|---|---|---|

Spirit Products Ltd.
55 Chase Street
Methuen, MA 01844

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,685.00 |
|---|---|---|---|

Sporticulture, Inc.
14812 Burntwoods Road
Glenwood, MD 21738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34,898.81 |
| --- | --- | --- | --- |
| | Stadium View Properties, LLC | ☐ Contingent | |
| | 117 N. First St., Suite 80 | ☐ Unliquidated | |
| | Ann Arbor, MI 48104 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,944.00 |
| --- | --- | --- | --- |
| | Stone Armory | ☐ Contingent | |
| | 22350 Brookpark Rd. | ☐ Unliquidated | |
| | P.O. Box 26123 | ☐ Disputed | |
| | Fairview Park, OH 44126 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $63,380.27 |
| --- | --- | --- | --- |
| | Storm Duds | ☐ Contingent | |
| | 100 Frank Mossberg Drive | ☐ Unliquidated | |
| | Attleboro, MA 02703-4632 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,563.64 |
| --- | --- | --- | --- |
| | Summit Sportswear | ☐ Contingent | |
| | 800 W. 47th St, Ste 620 | ☐ Unliquidated | |
| | Kansas City, MO 64112 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $82,641.75 |
| --- | --- | --- | --- |
| | Team Beans | ☐ Contingent | |
| | 444 Hoes Lane | ☐ Unliquidated | |
| | Building 6, Box 26 | ☐ Disputed | |
| | Piscataway, NJ 08854 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65,419.31 |
| --- | --- | --- | --- |
| | Team Golf | ☐ Contingent | |
| | 2221 Luna Rd | ☐ Unliquidated | |
| | Carrollton, TX 75006 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,067.28 |
| --- | --- | --- | --- |
| | Tervis Tumbler | ☐ Contingent | |
| | P.O. Box 734907 | ☐ Unliquidated | |
| | Chicago, IL 60673-4907 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,095.48 |
|---|---|---|---|
|  | Third Street Sportswear<br>P.O. Box 145<br>Ozark, MO 65721-0145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $201,843.56 |
|---|---|---|---|
|  | Tommy Bahama<br>12564 Collections Center Drive<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $191,571.32 |
|---|---|---|---|
|  | TVO Mall Owner, LLC<br>Simon Properties<br>225 West Washington St.<br>Indianapolis, IN 46204-3438 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Lease |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $206,434.44 |
|---|---|---|---|
|  | Twelve Oaks Mall, LLC<br>200 East Long Lake Rd.<br>Bloomfield Hills, MI 48303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Past due rent - Twelve Oaks Mall location |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55,699.50 |
|---|---|---|---|
|  | UG Apparel<br>112 Olde Ash Lane<br>Charleston, WV 25311 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,145.00 |
|---|---|---|---|
|  | UM - Michigan Photography<br>University of Michigan<br>LSA Building, 500 S. State Street, Rm 02<br>Ann Arbor, MI 48104-1382 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,375.00 |
|---|---|---|---|
|  | UM Office of New Student Programs<br>1100 LSA Bilding,<br>500 South State Street<br>Ann Arbor, MI 48109-1382 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,611.44 |
|---|---|---|---|

Underground Printing
1476 Seaver Way
Ypsilanti, MI 48197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,999.46 |
|---|---|---|---|

University Blanket & Flag
1111 Orange Avenue, Suite C
Coronado, CA 92118-3432

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,855,882.00 |
|---|---|---|---|

University of Michigan Dept of Athletics
Warde Manuel, Director of Athletics
Stephen M. Ross Athletic Campus
1000 S. State Street
Ann Arbor, MI 48109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Royalty Payments

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $173,455.83 |
|---|---|---|---|

UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $665,961.00 |
|---|---|---|---|

Valiant Management Group
3784 Plaza Dr
Ann Arbor, MI 48108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,438.00 |
|---|---|---|---|

Victory Tailgate
Dept 771838
P.O. Box 77000
Detroit, MI 48277-1838

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,803.50 |
|---|---|---|---|

Vidiso Technologies
Zach Beeson
210 W. Stadium
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,097.25 |
| | Vintage Detroit Collection, Inc<br>44692 Helm St<br>Plymouth, MI 48170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,127.04 |
| | Wes and Willy<br>P.O. Box 29647<br>Dallas, TX 75229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $144,511.20 |
| | Wincraft, Incorporated<br>960 E. Mark St.<br>Winona, MN 55987 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134,451.66 |
| | Workbox Staffing, LLC<br>1350 Scribner Avenue Northwest<br>Grand Rapids, MI 49504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $482.94 |
| | Xerox Financial Services<br>P.O. Box 202882<br>Dallas, TX 75320-2882 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Ian James Reach<br>117 N. First St., Ste. 103<br>Ann Arbor, MI 48104 | Line _3.123_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Michael R. Turco<br>Brooks Wilkins Sharkey & Turco PLLC<br>401 South Old Woodward, Suite 400<br>Birmingham, MI 48009 | Line _3.136_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case number (if known) | 24-47922 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 Platzer Swergold Goldberg Katz & Jazlow Attn: Linda Gates 475 Park Ave. South, 18th Floor New York, NY 10016 | Line 3.8 ☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 69,956.51 |
| **5b. Total claims from Part 2** | 5b. + | $ 26,314,500.44 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 26,384,456.95 |

Debtor name    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    24-47922

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for property located at 315 S. Main Street, Ann Arbor, MI 48104. | |
| | State the term remaining | 2 years 8 months, two 5 year options | 315-317 SMS LLC |
| | List the contract number of any government contract | | 19727 Allen Road, Ste. 11 Brownstown, MI 48183 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Partnership Agreement | |
| | State the term remaining | 5 months | Alumni Association Bowl Tour |
| | List the contract number of any government contract | | 1200 Fletcher Street Ann Arbor, MI 48109 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Partnership Agreement | |
| | State the term remaining | 10 months | Alumni Association of the University of Michigan |
| | List the contract number of any government contract | | 200 Fletcher St. Ann Arbor, MI 48109 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Sales Tax Compliance Service | |
| | State the term remaining | 5 months | Avalara Inc. |
| | List the contract number of any government contract | | Dept. CH 16781 Palatine, IL 60055-6781 |

24-47922-tjt    Doc 72    Filed 08/30/24    Entered 08/30/24 13:59:45    Page 43 of 69

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Sublease of Commercial Property, 711 North University, Ann Arbor, MI | |
|---|---|---|---|
| | State the term remaining | 7 months, Four 5 year options | Campus Building, LLC 2796 Kenilworth Ann Arbor, MI 48104 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Internet Service | |
|---|---|---|---|
| | State the term remaining | | Comcast Internet Services PO Box 37601 Philadelphia, PA 19101-0601 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Business Property Leases for property located at 301-303 S. State Street, Ann Arbor, MI | |
|---|---|---|---|
| | State the term remaining | 4 months, 5 year option | E & J Associates, LLC 730 Heatherway Ann Arbor, MI 48104 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Telephone services | |
|---|---|---|---|
| | State the term remaining | 5 months | Eight by Eight, Inc. 2125 O'Nel Drive San Jose, CA 95131 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease for property located at 44 W. Columbia Street, Detroit, MI 48201 | |
|---|---|---|---|
| | State the term remaining | 4 years, 5 year option | Global Resource Center, LLC 2211 Woodward Ave. Detroit, MI 48201 |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Alarm System | |
| | State the term remaining | 7 months | Guardian Alarm 75 Remittance Dr., Dept. 1376 Chicago, IL 60675-1376 |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Elevator Maintenance | |
| | State the term remaining | 4 months | Kone Americas 2395 S. Huron Parkway Suite. 200 Ann Arbor, MI 48104 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease for property located at 5000 Carpenter Road, Ypsilanti, MI 48127 | |
| | State the term remaining | 2 months, two 5 year options | M Den Properties, LLC 5000 Carpenter Road Ypsilanti, MI 48127 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Parking Lot on 1336 South Main Street, Ann Arbor, MI 48104 | |
| | State the term remaining | 2 months, two 5 year options | M Den Stadium Properties, LLC 5000 Carpenter Road Ann Arbor, MI 48104 |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease for property located at 307-309 South State Street, Ann Arbor, MI 48104 | |
| | State the term remaining | 2 months, two 5 year options | M Den State Street Properties, LLC 5000 Carpenter Road Ann Arbor, MI 48140 |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Copiers | |
|---|---|---|---|
| | State the term remaining | | Michigan Office Solutions P.O. Box 140587 Grand Rapids, MI 49514 |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | ERP System | |
|---|---|---|---|
| | State the term remaining | 3 years 10 months | |
| | List the contract number of any government contract | | Netsuite by Oracle |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | ERP services | |
|---|---|---|---|
| | State the term remaining | 7 months | RF Smart ICS PO Box 638345 Cincinnati, OH 45263-8345 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Lease for lawn facing Main Street located at 1328 South Main Street, Ann Arbor, MI | |
|---|---|---|---|
| | State the term remaining | 4 months | Stadium View Properties, LLC 117 N. First St., Suite 80 Ann Arbor, MI 48104 |
| | List the contract number of any government contract | | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Barbara A. Hirth Trust u/a/d 8-15-96 | | Bank of Ann Arbor | ☑ D   2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Barbara Hirth | | Bank of Ann Arbor | ☑ D   2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | David A. Corrin and Julie C. Corrin Trus | | Bank of Ann Arbor | ☑ D   2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | David Corrin | | Newtek Small Business Finance LLC | ☑ D   2.17 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | David Corrin | | Proventure Capital | ☑ D   2.18 <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | David F. Hirth Trust u/a/d 8-15-96 | | Bank of Ann Arbor | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Elizabeth A. Horning | | Newtek Small Business Finance LLC | ■ D ___2.17___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Elizabeth A. Horning | | Proventure Capital | ■ D ___2.18___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Julie Carol Corrin | 2126 Agincourt Ann Arbor, MI 48103 | Bank of Ann Arbor | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Julie Carol Corrin | 2126 Agincourt Ann Arbor, MI 48103 | Bank of Ann Arbor | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Julie Carol Corrin | 2126 Agincourt Ann Arbor, MI 48103 | Newtek Small Business Finance LLC | ■ D ___2.17___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Julie Carol Corrin | 2126 Agincourt Ann Arbor, MI 48103 | Bank of Ann Arbor | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |

24-47922-tjt    Doc 72    Filed 08/30/24    Entered 08/30/24 13:59:45    Page 48 of 69

| Debtor | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case number *(if known)* | 24-47922 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.13 | Julie Carol Corrin | 2126 Agincourt<br>Ann Arbor, MI 48103 | Bank of Ann Arbor | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Julie Carol Corrin | 2126 Agincourt<br>Ann Arbor, MI 48103 | Bank of Ann Arbor | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Julie Carol Corrin | 2126 Agincourt<br>Ann Arbor, MI 48103 | Proventure Capital | ■ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | M Den Stadium Properties, LLC | 5000 Carpenter St.<br>Ypsilanti, MI 48197 | TVT 2.0 LLC | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | M Den Stadium Properties, LLC | 5000 Carpenter St.<br>Ypsilanti, MI 48197 | Proventure Capital | ■ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | M Den Stadium Properties, LLC | 5000 Carpenter St.<br>Ypsilanti, MI 48197 | Newtek Small Business Finance LLC | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | M-Den Properties, LLC | 5000 Carpenter Rd.<br>Ypsilanti, MI 48197 | TVT 2.0 LLC | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.20 | M-Den Properties, LLC | 5000 Carpenter Rd. Ypsilanti, MI 48197 | Proventure Capital | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.21 | M-Den Properties, LLC | 5000 Carpenter Rd. Ypsilanti, MI 48197 | Bank of Ann Arbor | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.22 | M-Den Properties, LLC | 5000 Carpenter Rd. Ypsilanti, MI 48197 | Newtek Small Business Finance LLC | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |
| 2.23 | MDen State Street Properties, LLC | 5000 Carpenter Rd. Ann Arbor, MI 48104 | TVT 2.0 LLC | ■ D __2.22__ ☐ E/F _____ ☐ G _____ |
| 2.24 | MDen State Street Properties, LLC | 5000 Carpenter Rd. Ann Arbor, MI 48104 | Proventure Capital | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.25 | MDen State Street Properties, LLC | 5000 Carpenter Rd. Ann Arbor, MI 48104 | Newtek Small Business Finance LLC | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |
| 2.26 | Rennae E. Whitt | | Newtek Small Business Finance LLC | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |

| Debtor | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case number *(if known)* | 24-47922 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.27 | Rennae E. Whitt | | Proventure Capital | ■ D ___2.18___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.28 | Scott David Hirth | 11657 Calkins Rd. <br> Carleton, MI 48117 | Life Long Trusted Services, LLC | ■ D ___2.16___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.29 | Scott David Hirth | 11657 Calkins Rd. <br> Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.30 | Scott David Hirth | 11657 Calkins Rd. <br> Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.31 | Scott David Hirth | 11657 Calkins Rd. <br> Carleton, MI 48117 | Newtek Small Business Finance LLC | ■ D ___2.17___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.32 | Scott David Hirth | 11657 Calkins Rd. <br> Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.33 | Scott David Hirth | 11657 Calkins Rd. <br> Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.34 | Scott David Hirth | 11657 Calkins Rd.<br>Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | Scott David Hirth | 11657 Calkins Rd.<br>Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | Scott David Hirth | 11657 Calkins Rd.<br>Carleton, MI 48117 | Proventure Capital | ■ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | Scott David Hirth Trust u/a/d October 14 | 11657 Calkins Rd.<br>Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.38 | Scott David Hirth Trust u/a/d October 14 | 11657 Calkins Rd.<br>Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | Scott David Hirth Trust u/a/d October 14 | 11657 Calkins Rd.<br>Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | Scott David Hirth Trust u/a/d October 14 | 11657 Calkins Rd.<br>Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| 2.41 | Scott David Hirth Trust u/a/d October 14 | 11657 Calkins Rd. Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.42 | Scott David Hirth Trust u/a/d October 14 | 11657 Calkins Rd. Carleton, MI 48117 | Bank of Ann Arbor | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.43 | Steven Donald Horning | 48287 Hilltop Dr. E. Plymouth, MI 48170 | Bank of Ann Arbor | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.44 | Steven Donald Horning | 48287 Hilltop Dr. E. Plymouth, MI 48170 | Bank of Ann Arbor | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.45 | Steven Donald Horning | 48287 Hilltop Dr. E. Plymouth, MI 48170 | Newtek Small Business Finance LLC | ■ D ___2.17___ ☐ E/F _____ ☐ G _____ |
| 2.46 | Steven Donald Horning | 48287 Hilltop Dr. E. Plymouth, MI 48170 | Bank of Ann Arbor | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.47 | Steven Donald Horning | 48287 Hilltop Dr. E. Plymouth, MI 48170 | Bank of Ann Arbor | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |

24-47922-tjt    Doc 72    Filed 08/30/24    Entered 08/30/24 13:59:45    Page 53 of 69

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.48 | Steven Donald Horning | 48287 Hilltop Dr. E. Plymouth, MI 48170 | Bank of Ann Arbor | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | Steven Donald Horning | 48287 Hilltop Dr. E. Plymouth, MI 48170 | Proventure Capital | ■ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | The David A. Corrin and Julie C. Corrin | | Bank of Ann Arbor | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | The David A. Corrin and Julie C. Corrin | | Bank of Ann Arbor | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | The David A. Corrin and Julie C. Corrin | | Bank of Ann Arbor | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | The David A. Corrin and Julie C. Corrin | | Bank of Ann Arbor | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.54 | The Steven D. Horning and Elizabeth A. H | | Bank of Ann Arbor | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case number *(if known)* | 24-47922 |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.55 | The Steven D. Horning and Elizabeth A. H | | Bank of Ann Arbor | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.56 | The Steven D. Horning and Elizabeth A. H | | Bank of Ann Arbor | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.57 | The Steven D. Horning and Elizabeth A. H | | Bank of Ann Arbor | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.58 | The Steven D. Horning Trust | | Bank of Ann Arbor | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.59 | Victors Collection by The M-Den | 315 S. Main Street<br>Ann Arbor, MI 48104 | TVT 2.0 LLC | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF MICHIGAN___

Case number (if known) ___24-47922___

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2024 to Filing Date | ☐ Operating a business<br>■ Other   Operations | $25,883,079.00 |
| For prior year:<br>From  1/01/2023 to 12/31/2023 | ☐ Operating a business<br>■ Other   Operations | $48,561,469.00 |
| For year before that:<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other   Operations | $44,846,915.17 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  SEE ATTACHED SCHEDULE 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  SEE ATTACHED SCHEDULE 4 | | $0.00 | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Summit Sportswear v. M-Den, Inc.<br>24-000426-CB | Breach of Contract | Washtenaw County Circuit Court<br>101 E. Huron St.<br>Ann Arbor, MI 48104 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Alantes Corporate Finance, LLC v. M-Den Properties, LLC, M-Den State Street Properties, LLC, M-Den Stadium Properties, LLC, M-Den, Inc., Scott Hirth, Steve Horing, Julie Corrin 2024-155133 | Breach of Contract | Supreme Court of the State of New York 60 Centre St. New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. Branded Custom Sportswear, Inc. v. The M Den, Inc., and Scott Hirth 2:23-cv-0522-TC-ADM | Breach of Contract | USDC for the District of Kansas 500 State Ave. Kansas City, KS 66101 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. Bullion International, Inc. d/b/a The Highland Mint v. Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc. 24-000676-CB | Breach of Contract | Washtenaw County Circuit Court 101 E. Huron St. Ann Arbor, MI 48104 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. Blakeway Worldwide Panoramas, Inc. vs. Heritage Collegiate Apparel, Inc. d/b/a M Den 24-000519-CB | Breach of Contract | Washtenaw County Circuit Court 101 E. Huron St. Ann Arbor, MI 48104 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. TVO Mall Owner, LLC v M-Den, Inc. 24-03358-LT | Landlord-Tenant | 52-1 District Court 48150 Grand River Avenue Novi, MI 48374-1222 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.7. Friesing Investments, Inc. dba Gulf Coast Sales & Marketing v. M-Den, Inc., and Scott Hirth 24-02312-GC | Breach of Contract | 15th Judicial District Court 301 E. Huron St. Ann Arbor, MI 48107 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.8. Mall at Briarwood, LLC vs. M-Den and All Other Occupants 24-01483-LT | Landlord Tenant | 15th Judicial District Court 301 E. Huron St. Ann Arbor, MI 48107 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.9. Mall at Briarwood, LLC vs. M-Den, Inc. and All Other Occupants 24-01484-LT | Landlord Tenant | 15th Judicial District Court 301 E. Huron St. Ann Arbor, MI 48107 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.10. KCI Sports Publishing, LLC v M-Den Inc, and Scott Hirth 24-00810-CB | Breach of Contract | Washtenaw County Circuit Court 101 E. Huron St. Ann Arbor, MI 48104 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schafer and Weiner, PLLC<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304 | Attorney Fees | | $137,365.44 |
| | **Email or website address**<br>khillary@schaferandweiner.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| American Funds 401K | EIN: |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Ann Arbor 125 S. Fifth Avenue Ann Arbor, MI 48104 | XXXX-1006 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | $0.00 |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | Bank of Ann Arbor<br>125 S. Fifth Avenue<br>Ann Arbor, MI 48104 | XXXX-1014 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Rehmann<br>555 Briarwood Circle, Ste. 300<br>Ann Arbor, MI 48108 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  Bank of Ann Arbor | |
| 26d.2.  Nike | |
| 26d.3.  Champion | |

24-47922-tjt    Doc 72    Filed 08/30/24    Entered 08/30/24 13:59:45    Page 62 of 69

**Name and address**

26d.4.    Simon Properties

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. SEE ATTACHED SCHEDULE 4 | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 30, 2024

/s/ Scott Hirth                                         Scott Hirth
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
■ Yes

**SOFA**
**SCHEDULE 3**
**PAYMENTS TO CREDITORS MAY 18 - AUG 16**

| PAYEE | PAYMENT |
|---|---|
| 315-317 SMS, LLC | $ 95,160.43 |
| Absopure Water Company | $ 1,324.81 |
| ACD.net | $ 48.58 |
| American Express | $ 4,909.00 |
| American Funds | $ 18,627.22 |
| Ameritas Life Ins Corp | $ 4,566.36 |
| Avalara | $ 24,195.48 |
| Bank of Ann Arbor | $ 171,479.42 |
| Bank of Ann Arbor-HSA | $ 9,704.16 |
| Bill Shurtliff Studios | $ 5,445.00 |
| Butzel | $ 15,000.00 |
| BVKK Inc. | $ 48,050.39 |
| CertaSite | $ 1,490.34 |
| Certegy Payment Solutions, LLC | $ 359.70 |
| Charles Carlson | $ 88.30 |
| Chase Bank | $ 5,958.54 |
| Chase Card Services | $ 85,000.00 |
| Citizens Insurance | $ 13,018.82 |
| City of Ann Arbor | $ 161.27 |
| Coman Publishing Company | $ 25,869.53 |
| Comcast Business | $ 4,848.67 |
| Conlin, McKenney & Philbrick, P.C. | $ 36,686.20 |
| CyberSource | $ 1,473.50 |
| Dale Fisher | $ 7,481.03 |
| David Nissly | $ 88.30 |
| DTE Energy | $ 23,185.09 |
| Dynamic Drains | $ 200.00 |
| E & J Associates | $ 169,866.50 |
| Feed the Need Autism and Special Needs Acitivity Center | $ 215.00 |
| FreedomPay, Inc. | $ 4,834.55 |
| General Linen & Unifrom | $ 937.72 |
| GM Financial | $ 812.49 |
| Gulf Coast Sales & Marketing | $ 21,083.65 |
| Indiana DOR ID: 8489401 | $ 14,080.67 |
| Jerome's Property Enhancements | $ 460.73 |
| Kapnick / Traveler's Insurance | $ 25,137.00 |
| KDP Retirement Plan Services | $ 325.00 |
| Kone Inc (fka Detroit Elevator) | $ 225.72 |
| Main Street Area Assoc | $ 675.00 |
| Mall at Briarwood, LLC | $ 270,000.00 |
| Marney Brown | $ 88.30 |
| MI Retailer's - Merchant Processing | $ 526.80 |
| Michigan Office Solutions | $ 1,923.40 |
| Michigan Retailer's Services, Inc. | $ 114,894.38 |
| New Roof, Inc | $ 450.00 |
| Newtek Small Business Finance, LLC | $ 66,760.00 |
| Niki's Shine Bright Cleaning Services | $ 19,020.19 |
| Nova IP Law, PLLC | $ 1,000.00 |
| Oracle Credit Corp | $ 100,000.00 |
| Otis Elevator | $ 2,954.04 |
| Packline Co. | $ 17,490.27 |
| Paychex | $ 793,396.96 |
| PCI Municipal Services | $ 6,075.00 |
| Pest Masters, Inc. | $ 676.00 |
| Peter Millar, LLC. | $ 20,000.00 |
| Pittsfield Township-Utilities | $ 85.90 |
| Principal Life Insurance | $ 983.06 |
| Quality Window Cleaning | $ 1,650.00 |
| Queue-it | $ 3,359.40 |
| Retailer's Insurance Company | $ 5,712.25 |
| RFSmart, ICS | $ 50,027.05 |

| | | |
|---|---|---:|
| Richard & Beverly Fabian | $ | 30,000.00 |
| Riddell | $ | 10,000.00 |
| RightBrain Networks | $ | 4,578.75 |
| Robertson Morrison | $ | 5,332.50 |
| Ryder Transportation | $ | 60.55 |
| S & B Party Rentals | $ | 3,030.00 |
| Saia Motor Freight Line, LLC | $ | 1,471.20 |
| Sam's Club MC/Syncb | $ | 6,500.00 |
| SBA EIDL | $ | 2,518.00 |
| SBA Loan payment | $ | 2,518.00 |
| Schafer & Weiner, PLLC | $ | 75,861.04 |
| Second Story Interiors, LLC | $ | 7,000.00 |
| Shamrock Services | $ | 38,000.00 |
| SS Properties FET Tax Deposit | $ | 3,500.00 |
| Stadium View Properties, LLC | $ | 8,000.00 |
| State of Michigan | $ | 1,100.00 |
| State of Michigan, SUT | $ | 625.00 |
| State Street Area Assoc | $ | 3,206.00 |
| Susan Vigo | $ | 88.30 |
| Timothy Psychas | $ | 323.23 |
| Tommy Bahama | $ | 15,000.00 |
| TVO Mall Owner, LLC | $ | 50,000.00 |
| TVT 2.0, LLC | $ | 311,300.00 |
| Twin Oaks Landscape | $ | 915.00 |
| Underground Printing | $ | 27,000.00 |
| UniFi Equipment (Bank of Ann Arbor) | $ | 3,084.59 |
| Unum | $ | 3,682.77 |
| UPS | $ | 146,918.73 |
| USA Paper, LLC | $ | 270.32 |
| Usable Development LLC | $ | 1,587.50 |
| Vintage Detroit Collection, Inc | $ | 3,409.25 |
| Waste Management | $ | 996.10 |
| Xerox Financial Services | $ | 408.18 |
| YP | $ | 110.65 |
| M Den Properties LLC | $ | 45,000.00 |
| M Den State Street Properties LLC | $ | 105,000.00 |
| M Den Stadium Properties LLC | $ | 65,000.00 |

**SOFA**

**SCHEDULE 4**

Amounts paid to insider individuals in year prior to Petition Date:

| Recipient | S Corp. Tax Distribution | Gross Wages | 401K Match | Total |
|---|---|---|---|---|
| Scott Hirth | $218,000 | $196,101.83 | $6,646.05 | $420,747.88 |
| Julie Corrin | $218,000 | $166,153.95 | $6,646.05 | $390,800.00 |
| Steve Horning | $218,000 | $196,271.27 | $6,646.05 | $420,917.32 |
| Hunter Hirth | | $69,807.90 | $2,492.37 | $72,300.27 |
| Brett Horning | | $27,991.21 | | $27,991.21 |
| Don Horning | | $10,884.60 | | $10,884.60 |
| Drew Horning | | $83 | | $83 |
| Robyn Horning | | $80,319.39 | $2,972.84 | $83,291.78 |

Payments to insider entities in year prior to Petition Date:

| Recipient | Amount | Purpose |
|---|---|---|
| M Den Properties | $180,000 | Rent |
| M Den State Street Properties | $420,000 | Rent |
| M Den Stadium Properties | $159,534.43 | Rent |

# United States Bankruptcy Court
## Eastern District of Michigan

| | | |
|---|---|---|
| In re    Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | Case No. | 24-47922 |
| Debtor(s) | Chapter | 11 |

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.  The undersigned is the attorney for the Debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ]   **FLAT FEE**

    A.    For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

    B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. .  _____

    C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

    [ X ]   **RETAINER**

    A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    61,504.00

    B.    The undersigned shall bill against the retainer at an hourly rate of $   0.00   . [Or attach firm hourly rate schedule.]  Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.  $   1,738.00    of the filing fee has been paid.

4.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  [Cross out any that do not apply.]

    A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    E.    Reaffirmations;

    F.    Redemptions;

    G.    Other:
    Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

5.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

6.  The source of payments to the undersigned was from:

    A.    _XX_    Debtor(s)' earnings, wages, compensation for services performed

    B.    _____    Other (describe, including the identity of payor)    _____

7.    The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    August 30, 2024

/s/ Kim K. Hillary
Attorney for the Debtor(s)
Kim K. Hillary
Schafer and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
khillary@schaferandweiner.com
P67534 MI

Agreed:    /s/ Scott Hirth
Scott Hirth
Debtor

Debtor