UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 11 |
| **Heritage Collegiate Apparel, Inc.,** f/k/a M-Den, Inc., d/b/a The M Den. | Case No. 24-47922-tjt |
| Debtor. | Hon. Thomas J. Tucker |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Kenneth Dotson
Alantes Corporate Finance, LLC.
234 5th Avenue, 2nd Floor
New York, NY 10001
Phone: (646) 820-6085
Email: kdotson@alantes.com

Noel Runge
Nike Retail Services, Inc.
One Bowerman Dr.
Beaverton, OR 97005
Phone: (503) 532-9918
Email: Noel.Runge@nike.com

Linda Sinnett - CEO
Branded Custom Sportwear, Inc.
7007 College Blvd., Ste. 700
Overland Park, KS 66211
Phone: (913) 234-6265
Email: lsinnett@dridesign.com

Ronald M. Tucker - V.P./ Counsel
Simon Property Group, Inc.
225 W. Washington St.
Indianapolis, IN 46204
Phone: (317) 263.2346
Email: rtucker@simon.com

Nathan Rugg (Counsel for)
Lululemon USA Inc.
200 W. Madison St., Ste. 3900
Chicago, IL 60606
Phone: (312) 984-3127
Email: Nathan.rugg@bfkn.com

        Respectfully submitted,

        **ANDREW R. VARA**
        **UNITED STATES TRUSTEE**
        Regions 3 and 9


        By     /s/ Kelley Callard
              Trail Attorney
              Kelley.Callard@usdoj.gov
              Office of the U.S. Trustee
              211 West Fort St - Suite 700
              Detroit, Michigan 48226
              313-226-6773
              [P68537]

Dated: September 3, 2024