UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

HERITAGE COLLEGIATE APPAREL,　　　　　Chapter 11
INC., f/k/a M-DEN, INC., d/b/a THE　　　　　Case No. 24-47922
M DEN,　　　　　　　　　　　　　　　　　Hon. Thomas J. Tucker
　　　　Debtor.
_____/

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS AND TO BE ADDED TO BANKRUPTCY
MATRIX ON BEHALF OF LIDS HOLDINGS, INC.

TO: All parties in interest

PLEASE TAKE NOTICE that Lids Holdings, Inc. appears herein by its attorneys, Maddin Hauser Roth & Heller, PC, and requests to be added to the bankruptcy matrix, and that all notices given or required to be served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise.

[SEE NEXT PAGE FOR SIGNATURE BLOCK.]

[SEE PREVIOUS PAGE FOR NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF

**Papers and to Be Added to Bankruptcy Matrix on Behalf of Lids Holdings, Inc.]**

                              Respectfully submitted,

                              MADDIN HAUSER ROTH & HELLER, PC

                              */s/ David E. Hart*
                              DAVID E. HART (P45084)
                              Local Counsel for Lids Holdings, Inc.
                              One Towne Square, Fifth Floor
                              Southfield, MI 48076
                              (248) 354-4030
                              dhart@maddinhauser.com

DATED:  September 3, 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

HERITAGE COLLEGIATE APPAREL, INC., f/k/a M-DEN, INC., d/b/a THE M DEN,

Chapter 11
Case No. 24-47922
Hon. Thomas J. Tucker

Debtor.
_____/

CERTIFICATE OF SERVICE

I hereby certify that on  September 3, 2024  I electronically filed Notice of Appearance and Request for Service of Papers and to be Added to Bankruptcy Matrix on Behalf of Lids Holdings, Inc.  with the Clerk of the Court using the ECF system which will send notification of such filing to ECF participants in this matter.

 /s/ David E. Hart
DAVID E. HART (P45084)
Maddin Hauser Roth & Heller, PC
One Towne Square, Fifth Floor
Southfield, MI 48076
(248) 354-4030
dhart@maddinhauser.com

04072962 v1

1