UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 24-47922-tjt

Heritage Collegiate Apparel, Inc.,                  Chapter 11

                                                    Judge Thomas J. Tucker
                    Debtor.
_____/

# ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY SCHAFER AND WEINER, PLLC, AS BANKRUPTCY COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION

This case is before the Court on the Debtor's application entitled "Debtor's Application for Authority to Employ Schafer and Weiner, PLLC [the "Applicant"], as Bankruptcy Counsel for Debtor and Debtor-in-Possession" (Docket # 6, the "Application"), which was filed under 11 U.S.C. §§ 101(14) and 327(a), Fed. R. Bankr. P. 2014, and E.D. Mich. LBR 2014-1. The Court has reviewed the Application and the related papers filed in support of the Application (Docket ## 70, 78). The Court finds that the Application satisfies the requirements of 11 U.S.C. §§ 101(14) and 327(a), Fed. R. Bankr. P. 2014, and E.D. Mich. LBR 2014-1; and that the Application satisfies the requirements for compensation under 11 U.S.C. § 328(a), Fed.R.Bankr.P. 2016(a), and E.D. Mich. LBR 2016-1(a). Accordingly,

**IT IS ORDERED** that the Debtor is authorized to retain and employ Applicant as its bankruptcy counsel, effective as of the Petition Date.

**IT IS FURTHER ORDERED** that Applicant will be compensated for such services and reimbursed for any related expenses in accordance with 11 U.S.C. §§ 330 and 331, and any other applicable law, rules, and orders of this Court.

**IT IS FURTHER ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Application.

**IT IS FURTHER ORDERED** that the terms and conditions of this Order will be immediately effective and enforceable upon its entry.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on September 9, 2024**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**