UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 24-47922-tjt

Heritage Collegiate Apparel, Inc.,	Chapter 11

                                Debtor.	Judge Thomas J. Tucker
_____/

## ORDER APPROVING STIPULATION FOR ENTRY OF ORDER ADJOURNING FINAL HEARING ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL AND MODIFYING INTERIM CASH COLLATERAL BUDGET

      This case is before the Court on the stipulation filed on September 10, 2024, entitled "Stipulation for Entry of Order Adjourning Final Hearing on Debtor's Motion for Use of Cash Collateral and Modifying Interim Cash Collateral Budget" (Docket # 105, the "Stipulation"). Based on the Stipulation, the Court finds good cause to enter this Order.

      **IT IS ORDERED THAT** the final, in person hearing on the Debtor's Motion for Cash Collateral (Docket # 18), currently scheduled for September 11, 2024 at 11:00 a.m., is adjourned to **September 20, 2024 at 10:00 a.m.**

      **IT IS FURTHER ORDERED THAT** the Debtor is authorized to use Cash Collateral up to the amount set forth in the Budget attached to the Stipulation as

Exhibit B (the "Stipulated Budget") prior to the entry of a final order authorizing the Debtor to use Cash Collateral.

**IT IS FURTHER ORDERED THAT** the deadline for the Official Committee of Unsecured Creditors (the "Committee") to object to the relief requested in the Motion for Cash Collateral on a final basis is September 18, 2024.

**IT IS FURTHER ORDERED THAT** the Interim Order (Docket # 40) (as modified by the Stipulated Budget) will become a final order if the Committee does not object by the deadline set forth above.

**Signed on September 10, 2024**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge