UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 24-47922-tjt |
| Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den | In Proceedings Under Chapter 11 |
| | Hon. Thomas J. Tucker |
| Debtor. / | |

## SUPPLEMENTAL EXHIBIT – WINNING BIDDER APA

The Debtor, by and through its undersigned counsel below, hereby files this Supplemental Exhibit to its *Motion for Entry of an Order (I) Approving Lids Holdings, Inc., or its designated subsidiary as Stalking Horse Bidder, (II) Authorizing the Debtor's Entry Into An Asset Purchase Agreement, (III) Authorizing The Sale of the Debtor's Assets Free and Clear of All Encumbrances, (IV) Approving Certain Bid Procedures, Bid ProtEections and Deadlines, (V) Scheduling a Sale Hearing, And (VI) Granting Related Relief* [DN 54] (the "Motion"), which was filed August 27, 2024.

Attached as Supplemental Exhibit H is the Winning Bidder APA.

*(signature on next page)*

Respectfully Submitted,

SCHAFER AND WEINER, PLLC

/s/ Howard Borin
KIM K. HILLARY (P67534)
HOWARD M. BORIN (P51959)
Attorneys for Debtor
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304
(248) 540-3340
hborin@schaferandweiner.com

Dated:  September 20, 2024