Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 24−47922−tjt
Chapter: 11
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   Heritage Collegiate Apparel, Inc. f/k/a
   M−Den, Inc., d/b/a The M Den
   315 S. Main St.
   Ann Arbor, MI 48104

Social Security No.:

Employer's Tax I.D. No.:
   38−1944586

## NOTICE OF HEARING (THIS IS AN IN−PERSON HEARING)

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*161* − Motion for Entry of an Order (i) Establishing Deadline for Parties to Claim an Ownership Interest in the Debtors Accounts, Sale Proceeds or Other Assets in Debtors Possession or Control, and (ii) Shortening the Deadline for Creditors to File Proofs of Claim Filed by Debtor In Possession Heritage Collegiate Apparel, Inc. f/k/a M−Den, Inc., d/b/a The M Den (Hillary, Kim)

will be held on: 11/6/24 at 11:00 AM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Dated: 10/21/24

                BY THE COURT

                Todd M. Stickle, Clerk of Court
                U.S. Bankruptcy Court