UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 24-47922-tjt

Heritage Collegiate Apparel, Inc.

Chapter 11

Judge Thomas J. Tucker

                Debtor.
_____/

# ORDER GRANTING APPLICATION OF CONLIN MCKENNEY & PHILBRICK, P.C., GENERAL CORPORATE COUNSEL FOR DEBTOR, FOR FEES AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED FROM AUGUST 16, 2024 THROUGH OCTOBER 10, 2024

The Court has reviewed the fee application of Conlin McKenney & Philbrick, P.C., (the "Applicant"), as General Corporate Counsel for the Debtor, seeking approval of fees and reimbursement of expenses for services rendered from August 16, 2024 through October 10, 2024 (Docket # 187, the "Application").

Notice of the Application and the relief requested in the Application has been provided to all creditors and parties in interest required to be served pursuant to Fed. R. Bankr. P. 2002(a)(7); no party in interest has timely filed any objection to the Application; and the Court finds good cause to enter this Order.

**IT IS ORDERED** that the Application is granted, and Conlin McKenney & Philbrick, P.C, General Corporate Counsel for the Debtor, is awarded fees in the amount of $62,235.00 for services rendered, and $8.00 for reimbursement of expenses, for a total award of $62,243.00.

**IT IS FURTHER ORDERED** that this fee award is final compensation under 11 U.S.C. § 330(a).

**IT IS FURTHER ORDERED** that this Order has the effect of a "[j]udgment" consistent with F. R. Bankr. P. 7054 to which F. R. Bankr. P. 7069 applies.

**Signed on December 4, 2024**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge