UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Heritage Collegiate Apparel, Inc. | ) | No. 24-47922 TJT |
| | ) | Chapter 11 |
| Debtor. | ) | |

## TENNESSEE DEPARTMENT OF REVENUE'S
## NOTICE OF WITHDRAWAL OF CLAIM # 30

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Department of Revenue (Revenue) withdraws the following claim:

Amount of Claim:  $9,625.93
Date Claim Filed: 09/20/2024
Court Claim No.   30
Reason:           The claim has been paid in full.

Respectfully submitted,

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

/s/ Gill R. Geldreich_____
GILL R. GELDREICH (TN BPR # 020775)
Deputy Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
PH: 615-532-2546
FX: 615-741-3334
Attorney for Revenue

## CERTIFICATE OF SERVICE

I certify that on December 20, 2024, a copy of the foregoing was served upon all parties of record who receive notice electronically via the Court's CM/ECF system.

/s/ Gill R. Geldreich_____
Gill R. Geldreich