**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In re: | Chapter 11 |
| HERITAGE COLLEGIATE APPAREL, INC., | Case No. 24-47922-tjt |
| Debtor. _____/ | Judge Thomas J. Tucker |

**STIPULATED ORDER EXTENDING THROUGH JANUARY 31, 2025 COMMITTEE'S CHALLENGE PERIOD WITH RESPECT TO BANK OF ANN ARBOR UNDER FINAL CASH COLLATERAL ORDER**

This case is before the Court on the stipulation of The Official Committee of Unsecured Creditors and the Bank of Ann Arbor (Docket # 220), agreeing that the time for the Committee to institute any Challenge with respect to the Bank of Ann Arbor under the *Final Order (I) Authorizing Debtor To Use Cash Collateral And (II) Providing Adequate Protection To The Prepetition Lenders; And Cancelling Final Hearing Scheduled For September 20, 2024* (Docket # 138, as modified by Docket # 148, the "Final Cash Collateral Order") be extended. The Court finds good cause to enter this Order.

IT IS ORDERED that:

1. The Committee has through and including January 31, 2025 to institute any Challenge with respect to Bank of Ann Arbor under the

Final Cash Collateral Order.

2. Except as modified by this Order, the Final Cash Collateral Order remains in full force and effect.

**Signed on January 2, 2025**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge