# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Heritage Collegiate Apparel, Inc. ) | No. 24-47922 TJT |
| ) | Chapter 11 |
| Debtor. ) | |

## TENNESSEE DEPARTMENT OF REVENUE'S
## NOTICE OF WITHDRAWAL OF CLAIM # 30

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Department of Revenue (Revenue) withdraws the following claim:

Amount of Claim:    $9,625.93
Date Claim Filed:   09/20/2024
Court Claim No.     30
Reason:             The claim has been paid in full.

Respectfully submitted,

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

/s/ Gill R. Geldreich_____
GILL R. GELDREICH (TN BPR # 020775)
Deputy Attorney General
P.O. Box 20207
Nashville, TN  37202-0207
PH: 615-532-2546
FX: 615-741-3334
Attorney for Revenue