UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HERITAGE COLLEGIATE APPAREL, INC. ) | |
| f/k/a M-DEN, INC., d/b/a THE M DEN ) | |
| ) | Case No. 24-47922-tjt |
| Debtor. ) | |

## CREDITOR REQUEST FOR NOTICE

Please take notice that, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedures, Jennifer B. Lyday is appearing on behalf of *Hanesbrands Inc., as servicer for HBI Receivables, LLC* ("Creditor"), a creditor in the above-captioned case. It is hereby requested as follows:

1. <u>Receipt of Notices.</u> The undersigned requests she be served with all documents field with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery services, telephone, facsimile, telegraph, or otherwise.

2. <u>Matrix.</u> The undersigned requests that she, on behalf of Creditor, be added to the electronic matrix of creditors and interested parties to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court, Eastern District.

3. <u>Address for Notices.</u> Please mail all notices and other documents required to be served on Creditor to the undersigned at:

>Jennifer B. Lyday
>Waldrep Wall Babcock & Bailey PLLC
>370 Knollwood Street, Suite 600
>Winston-Salem, NC 27103-1864

4. <u>No waiver</u>. This Creditor *Request for Notice, and Request to be Added to Matrix* is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to any bankruptcy case, and shall not constitute waiver of:

(a) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Eastern District of Michigan (the "District Court");

(b) the right to trial by jury in any proceeding so triable in this or any case, controversy, or proceeding related thereto;

(c) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or

(d) any or all other rights, all of which are expressly herein reserved.

This the 26th day of February, 2025.

Waldrep Wall Babcock & Bailey, PLLC

By: /s/ *Jennifer Lyday*
Jennifer B. Lyday
NC State Bar No. 39871
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103-1864
Telephone: (336) 722-6300
*Counsel for Hanesbrands Inc., as servicer for HBI Receivables, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE: )
) CHAPTER 11
HERITAGE COLLEGIATE APPAREL, INC. )
f/k/a M-DEN, INC., d/b/a THE M DEN )
) Case No. 24-47922-tjt
Debtor. )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years old; and, that a copy of the foregoing **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS, AND REQUEST TO BE ADDED TO MATRIX** was served upon the following by depositing a copy in the United States Mail, First Class, postage prepaid, or by CM/ECF:

This the 26th day of February, 2025.

Waldrep Wall Babcock & Bailey, PLLC

By: */s/ Jennifer Lyday*