## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:                                                      Chapter 11

HERITAGE COLLEGIATE APPAREL, INC.          Case No. 24-47922-tjt
f/k/a M-Den, Inc., d/b/a The M Den,

                                                            Hon. Thomas J. Tucker

      Debtor.

_____/

## APPLICATION FOR FINAL APPROVAL OF FEES AND EXPENSES OF CRS CAPSTONE PARTNERS LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

CRS Capstone Partners LLC ("Capstone"), financial advisor to the

Official Committee of Unsecured Creditors ("Committee"), submits this

*Application For Final Approval Of Fees And Expenses Of CRS Capstone*

*Partners LLC, Financial Advisor To The Official Committee Of Unsecured*

*Creditors* ("Application") incurred in representing the Committee and in

support states:

    1.  Capstone seeks final approval of compensation totaling

$271,547.26.  This amount consists of (i) fees totaling $267,905.00

representing 455.6 hours of service; and (ii) expenses paid by Capstone

totaling $3,642.26. Capstone is not holding any retainer.

    2.  This Application covers the period September 9, 2024 through

June 30, 2025 ("Fee Period").

3. **<u>Narrative Summary</u>**

   **Background**

On August 16, 2024 Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc. ("<u>Debtor</u>") filed a voluntary case under Chapter 11 of Title 11 of the United States Code. The Committee was formed on September 3, 2024. [ECF No. 75]. On September 9, 2024, the Committee selected Capstone as its financial advisor to the Committee in this Chapter 11 case.

The terms and conditions of Capstone's employment and billing are at its standard hourly rates pursuant to the *Application to Employ CRS Capstone Partners LLC as Financial Advisor for the Official Committee of Unsecured Creditors* filed with the Court on September 16, 2024. [ECF No. 113]. The compensation charged by Capstone is based on the customary compensation charged by comparably skilled practitioners in cases under title 11. The Court authorized the Committee to employ Capstone on September 17, 2024. [ECF No. 122]. The effective date of *Debtor's Fourth Amended Combined Plan of Liquidation and Disclosure Statement* occurred on June 25, 2025. [ECF No. 301].

   **Narrative Statement of Services Rendered**

An itemized statement of fees incurred during the Fee Period is attached as Exhibit 5. An overview of the time and charges of each

professional who rendered services during the Fee Period in each category

is as follows:

### A.  Financial and Company Analysis
Services rendered in this category include, but are not limited to, case review and background information related to Debtor, budgeting discussions with Debtor, review of Debtor's Schedules and SOFA, review of Debtor's bank statements and general ledger, analysis and review regarding MCA creditors of Debtor, and review of Debtor's tax returns.  The total hours in this category are 130.60, for which compensation is requested in the amount of $78,725.00.

### B.  Claims Analysis, Research, and Related Matters
Services rendered in this category include, but are not limited to, preparation of financial waterfalls, including with respect to MCA creditors of Debtor, review of creditor proofs of claim, and reconciliation related to proofs of claim and MCA creditor claims. The total hours in this category are 179.60, for which compensation is requested in the amount of $101,460.00.

### C.  Case Administration
Services rendered in this category include, but are not limited to, discussions with Committee counsel relative to Debtor's proposed liquidating plan and liquidating trust agreement, drafting of application to employ Capstone, and drafting of this final fee application. The total hours in this category are 32.20, for which compensation is requested in the amount of $19,150.00.

### D.  Asset Disposition and Analysis
Services rendered in this category include, but are not limited to, review list of potential buyers related to Debtor's sale motion, analysis and review of bid submissions, discussions with Committee regarding Debtor's sale motion, and attendance at Debtor's sale hearing.  The total hours in this category are 21.20, for which compensation is requested in the amount of $12,370.00.

**E. Meetings of and Communications with Creditors**
Services rendered in this category include, but are not limited to, meetings and calls with the Committee, counsel, and University of Michigan. The total hours in this category are 34.50, for which compensation is requested in the amount of $20.945.00.

**F. 2004 Examination and Related Analysis**
Services rendered in this category include, but are not limited to, preparation and attendance at Debtor's 341 hearing and the Rule 2004 examination of Debtor. The total hours in this category are 57.50, for which compensation is requested in the amount of $35,255.00.

4. **Adversary Proceedings.** During the Fee period, no adversary proceedings were commenced on behalf of the Committee.

5. **Status of Bankruptcy Case**. As of the date of this Application, Debtor has filed monthly operating reports through March 31, 2025. [ECF No. 287]. The Order Confirming Debtor's Fourth Amended Plan of Liquidation and Granting Final Approval of Disclosure Statement was filed with this Court on June 9, 2025 [ECF No. 296].

6. Because this is a final fee application, Capstone does not intend to provide any future services on behalf of the Committee.

7. Other than unpaid professional fees and the administrative expense claim of the Regents of the University of Michigan [ECF No. 260], Capstone is unaware of any accrued unpaid administrative expenses during the Fee Period.

8. There was no duplication of services by Capstone. During the

Fee Period, there were instances where more than one staff member attended a meeting, Court hearing, or worked on a matter for which both charged time. However, these instances were necessary and either (i) constituted a delegation of duties amongst Capstone staff members, such as hearings or meetings where services of more than one Capstone staff member was required; (ii) allowed Capstone to utilize the talents of more than one of its professionals on particularly difficult issues; or (iii) facilitated the delegation of duties to staff members with lower hourly rates, reducing the overall costs to the estate. In addition, Capstone routinely billed "no charge" time entries for inter-office communications or other ministerial services. During the Fee Period, Capstone's "no charge" time entries consist of 5.00 hours of service.

9. No prior fee applications have been filed by Capstone.

10. Per Local Rule 2016-1, the Committee has been given seven days to review this Application before filing and there were no objections to this Application being filed.

WHEREFORE, Capstone, financial advisor to the Committee, respectfully requests that the Court grant its Application and award Capstone such additional relief that is just and equitable.

Respectfully submitted,

CRS Capstone Partners LLC

By: /s/ Sheldon L. Stone_____

Its: Managing Director_____

WOLFSON BOLTON KOCHIS PLLC

Dated: July 8, 2025

By: /s/ Anthony J. Kochis_____
    Scott A. Wolfson (P53194)
    Anthony J. Kochis (P72020)
880 W. Long Lake Rd., Suite 420
Troy, MI 48098
(248) 247-7105
akochis@wolfsonbolton.com

# EXHIBIT LIST

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Proposed Order |
| 2 | Order Authorizing Retention of Capstone |
| 3 | Declaration of Disinterestedness |
| 4 | Summary Statement of Hours and Fees |
| 5 | Itemized Statement of Fees |
| 6 | Biographical Statements |
| 7 | Itemized Statement of Expenses |
| 8 | Notice and Opportunity to Respond |
| 9 | Certificate of Service |

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:                                              Chapter 11

HERITAGE COLLEGIATE APPAREL, INC.      Case No. 24-47922-tjt
f/k/a M-Den, Inc., d/b/a The M Den,

                                                    Hon. Thomas J. Tucker

          Debtor.

_____/

**ORDER GRANTING APPLICATION FOR FINAL APPROVAL**
**OF FEES AND EXPENSES OF CRS CAPSTONE PARTNERS LLC,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS**

This matter having come before the Court on the *Application For*

*Final Approval Of Fees And Expenses Of CRS Capstone Partners LLC,*

*Financial Advisor To The Official Committee Of Unsecured Creditors*

("Application");[1] the Court having reviewed the Application; the Court

having found that (a) jurisdiction to consider the Application is proper under

28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court under 28

U.S.C. §§ 1408 and 1409; (c) notice of the Application was properly

provided; (d) there being no objections to the Application; and (e) the Court

being otherwise fully advised in the premises;

---

[1] Capitalized terms used but not defined in this Order have the meanings
given to them in the Application.

**IT IS HEREBY ORDERED** that

1.   The Application is granted.

2.   Capstone is awarded first and final fees and expenses under 11 U.S.C. §§ 330 and 503(b)(2) totaling $271,547.26, which amount consists of fees totaling $267,905.00 and expenses paid by Capstone totaling $3,642.26 (collectively, "<u>Approved Fees and Expenses</u>").

3.   Debtor or the Liquidating Trustee, as applicable, is authorized to pay to Capstone the Approved Fees and Expenses.

EXHIBIT 2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:                                    Chapter 11

HERITAGE COLLEGIATE APPAREL, INC.,        Case No. 24-47922-tjt

                                          Judge Thomas J. Tucker

        Debtor.

_____/

## ORDER GRANTING APPLICATION TO EMPLOY CAPSTONE
## PARTNERS AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

This case is before the Court on application of The Official Committee

of Unsecured Creditors (the "Committee") of Heritage Collegiate Apparel,

Inc., (the "Debtor") entitled "Application to Employ Capstone Partners as

Financial Advisor to the Official Committee of Unsecured Creditors"

(Docket # 113, the "Application")[1] and the Declaration of Sheldon L. Stone

filed in support of the Application.  The Court finds that: (a) jurisdiction to

consider the Application is proper under 28 U.S.C. §§ 157 and 1334; (b)

venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; (c)

notice of the Application was properly provided; and (d) good cause exists

to grant the relief requested in the Application;

_____

[1] Capitalized terms used but not defined have the meanings given to them in the
Application.

**IT IS ORDERED** that:

1.      The Application is granted.

2.      The Committee is authorized to employ Capstone Partners as financial advisor consistent with the terms of the Application.

3.      Capstone Partners will be compensated for its services as authorized by the Court.

4.      This Order is immediately effective.

5.      The Court retains jurisdiction over all matters related to the implementation of this Order.


Signed on September 17, 2024



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:                                    Chapter 11

HERITAGE COLLEGIATE APPAREL, INC.,        Case No. 24-47922-tjt
f/k/a M-Den, Inc., d/b/a The M Den

                                          Hon. Thomas J. Tucker

            Debtor.
_____/

**DECLARATION OF SHELDON L. STONE IN SUPPORT**
**OF APPLICATION TO EMPLOY CAPSTONE PARTNERS AS**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS**

I, Sheldon L. Stone, declare:

1.      I am a Managing Director with Capstone Partners ("Capstone").

2.      I am familiar with the facts in this Declaration and make this

Declaration in Support of the Application.[2]

3.      Unless otherwise stated, this Declaration is based upon my

personal knowledge.

**A.      Services to Be Provided**

4.      In connection with this Chapter 11 case, the Committee has

requested Court authorization to retain Capstone as financial advisor.

_____

[2] Capitalized terms used but not defined in this Declaration have the meanings given them in the *Application to Employ Capstone Partners as Financial Advisor to Official Committee of Unsecured Creditors.*

5.    The professional services that Capstone will render to the Committee may include, but will not be limited to, those described in the Application.

**B.    Professional Compensation**

6.    The Committee was formed on September 3, 2024 and Capstone was retained by the Committee on September 9, 2024. Capstone immediately commenced work on behalf of the Committee.

7.    Capstone intends to apply for compensation for professional services rendered in connection with the Chapter 11 case.

8.    Subject to approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and orders of this Court, Capstone will charge the Committee on an hourly basis and seek reimbursement of actual, necessary expenses and other costs and expenses that Capstone incurs.

9.    Capstone's hourly rates are set at a level designed to fairly compensate Capstone for the work of its professionals.

10.    Capstone's hourly rates vary with the experience and seniority of the individuals assigned.

11.    Capstone's hourly rates are:

| | |
|---|---|
| Sheldon L. Stone | $650 |
| David Rychalsky | $650 |
| Brian Phillips | $550 |
| Erik Morandi | $450 |

12.     Capstone's hourly rates in this case are consistent with the rates it charges in bankruptcy and non-bankruptcy matters.

13.     Capstone reserves the right to increase its hourly rates in accordance with its normal and customary practices, which is typically January 1st of each year.

14.     Capstone's policy is to charge its clients for expenses incurred in connection with the client's case.

15.     The expenses charged to clients include photocopying, travel expenses, postage, express mail and messenger charges, computerized legal research charges and other computer services, and expenses for working meals.

16.     Capstone will charge the Committee for these expenses in a manner and at rates consistent with those Capstone generally charges its other clients.

17.     No promises have been received by Capstone or by any professional of Capstone regarding compensation in connection with this

Chapter 11 case, other than in accordance with the provisions of the Bankruptcy Code.

18.     Pursuant to Fed. R. Bankr. P. 2016(b), Capstone has not shared, nor agreed to share, any compensation it has received or may receive in these cases with any other party, person, or entity other than with the professionals of Capstone.

**C**.     **Capstone's Disinterestedness**

19.     Capstone has conducted a conflict check, through a search of its client database, inquiry to each professional at Capstone, and the Control Room at Capstone's parent Huntington National Bank regarding its connections with Debtor and other parties in interest.

20.     A search of Capstone's client database, and search by Huntington National Bank is designed to reveal any representation of, or potential conflict with, the entity searched or any known subsidiary or affiliate.

21.     This search was as complete as reasonably possible under the circumstances, but Capstone recognizes that additional parties in interest may become involved in Debtor's Chapter 11 case.

22.     Based on the results of the conflict searches conducted to date, to the best of my knowledge, neither I, Capstone, nor any member or

employee of Capstone, insofar as I have been able to ascertain, has any connection with the Debtor, their creditors, or other parties-in-interest except as follows:

   a. Capstone was engaged by The Bank of Ann Arbor in December of 2023 to investigate merchant cash advance activity with respect to Debtor. Capstone's engagement with The Bank of Ann Arbor ended on February 26, 2024.

23. Capstone is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) because neither Capstone nor any of its professionals:

   a. is a creditor, an equity security holder, or an insider of the Debtor;

   b. was, within two years before the date of filing of Debtor's Chapter 11 case, a director, officer, or employee of Debtor; or

   c. has an interest materially adverse to the interests of Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor, or for any other reason.

24. As part of its diverse practice, Capstone appears in numerous cases, proceedings, and transactions involving many different professionals, including attorneys, accountants, investment bankers, and financial consultants, some of which may represent claimants and parties-in-interest in this Chapter 11 case.

25.     In addition, Capstone has worked with or against, and will likely in the future work with or against, other professionals involved in this Chapter 11 case in matters unrelated to this Chapter 11 case.

26.     Based on my current knowledge of the professionals involved in this Chapter 11 case, none of these business relationships constitute interests materially adverse to the Debtor.

27.     If this Court approves the proposed employment of Capstone by the Committee, Capstone will not accept any engagement or perform any services for any entity or person other than the Committee in connection with this Chapter 11 case without prior Court approval.

28.     Capstone may, however, provide professional services to creditors of Debtor in matters unrelated to this Chapter 11 case.

29.     Capstone believes that Capstone is disinterested within the meaning of 11 U.S.C. § 101(14).

30.     As parties become known or make appearances in this case, Capstone will supplement its disclosures as appropriate.

31.     To the best of my knowledge as of the date of this Declaration, Capstone's conflict check has not revealed the existence of any matters potentially adverse to the interests of the Debtor except as stated in this Declaration and the Application.

32.     Capstone will periodically review its files during the Chapter 11 case to ensure that no disqualifying circumstances arise.

33.     If any relevant facts or relationships are discovered or arise, Capstone will promptly file a supplemental declaration pursuant to Fed. R. Bankr. P. 2014(a).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2024                _/s/ Sheldon L. Stone_____
                                        Sheldon L. Stone

Executed in Birmingham, Michigan

EXHIBIT 4

### FINAL FEE APPLICATION OF CRS CAPSTONE PARTNERS LLC
### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (UCC) FINANCIAL ADVISOR
### SEPTEMBER 9, 2024 THROUGH JUNE 30, 2025

**Summary of Time by Professional**

| Name | Title | Hours | Rate | | Fees |
|------|-------|-------|------|---|------|
| Sheldon Stone | Managing Director | 127.3 | $650 | $ | 82,745 |
| David Rychalsky | Managing Director | 210.8 | $650 | $ | 137,020 |
| Brian Phillips | Director | 0.3 | $500 | $ | 150 |
| Erik Morandi | Associate | 69.7 | $450 | $ | 31,365 |
| Cameron Pickering | Analyst | 47.0 | $350 | $ | 16,450 |
| Zachary Shriber | Analyst | 0.5 | $350 | $ | 175 |
| **TOTAL FA FEES** | | **455.6** | | **$** | **267,905** |
| **BLENDED RATE** | | | **$588** | | |
| **TOTAL OUT-OF-POCKET EXPENSES** | | | | **$** | **3,642** |
| **GRAND TOTAL - FEES + EXPENSES** | | | | **$** | **271,547** |

Internal Use

**SUMMARY OF FINAL FEE APPLICATION OF CRS CAPSTONE PARTNERS LLC**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (UCC) FINANCIAL ADVISOR**
**SEPTEMBER 9, 2024 THROUGH JUNE 30, 2025**

| PERIOD COVERED | TOTAL FA HOURS | Total FA FEES | TOTAL EXPENSES | COMBINED TOTAL |
|---|---|---|---|---|
| SEPTEMBER 2024 | 88.7 | $55,500 | $0 | $55,500 |
| OCTOBER 2024 | 36.3 | $22,995 | $0 | $22,995 |
| NOVEMBER 2024 | 39.4 | $25,110 | $16 | $25,126 |
| DECEMBER 2024 | 129.1 | $70,835 | $40 | $70,875 |
| JANUARY 2025 | 73.4 | $41,250 | $0 | $41,250 |
| FEBRUARY 2025 | 17.5 | $11,375 | $233 | $11,608 |
| MARCH 2025 | 14.7 | $9,355 | $0 | $9,355 |
| APRIL 2025 | 27.2 | $14,380 | $1,090 | $15,470 |
| MAY 2025 | 16.6 | $10,250 | $2,263 | $12,513 |
| JUNE 2025 | 12.7 | $6,855 | $0 | $6,855 |
| **GRAND TOTAL : FEES + EXPENSES** | **455.6** | **$267,905** | **$3,642** | **$271,547** |

Internal Use

**SUMMARY OF FINAL FEE APPLICATION OF CRS CAPSTONE PARTNERS LLC**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (UCC) FINANCIAL ADVISOR**
**SEPTEMBER 9, 2024 THROUGH JUNE 30, 2025**

| FEE SUMMARY OF THE FINANCIAL ADVISORS BY MONTH | | | | | | | |
|---|---|---|---|---|---|---|---|
| PERIOD COVERED | Sheldon Stone | David Rychalsky | Brian Phillips | Erik Morandi | Cameron Pickering | Zachary Shriber | COMBINED TOTAL |
| SEPTEMBER 2024 | $21,320 | $29,445 | $150 | $4,410 | $0 | $175 | $55,500 |
| OCTOBER 2024 | $7,605 | $14,040 | $0 | $1,350 | $0 | $0 | $22,995 |
| NOVEMBER 2024 | $8,320 | $15,665 | $0 | $1,125 | $0 | $0 | $25,110 |
| DECEMBER 2024 | $20,085 | $30,745 | $0 | $9,855 | $10,150 | $0 | $70,835 |
| JANUARY 2025 | $14,300 | $16,315 | $0 | $6,435 | $4,200 | $0 | $41,250 |
| FEBRUARY 2025 | $6,500 | $4,875 | $0 | $0 | $0 | $0 | $11,375 |
| MARCH 2025 | $2,275 | $6,630 | $0 | $450 | $0 | $0 | $9,355 |
| APRIL 2025 | $1,365 | $7,540 | $0 | $3,375 | $2,100 | $0 | $14,380 |
| MAY 2025 | $650 | $8,385 | $0 | $1,215 | $0 | $0 | $10,250 |
| JUNE 2025 | $325 | $3,380 | $0 | $3,150 | $0 | $0 | $6,855 |
| GRAND TOTAL : FEES | $82,745 | $137,020 | $150 | $31,365 | $16,450 | $175 | $267,905 |

Internal Use

**SUMMARY OF FINAL FEE APPLICATION HOURS OF CRS CAPSTONE PARTNERS LLC**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (UCC) FINANCIAL ADVISOR**
**SEPTEMBER 9, 2024 THROUGH JUNE 30, 2025**

| HOURS SUMMARY OF THE FINANCIAL ADVISORS BY MONTH | | | | | | | |
|---|---|---|---|---|---|---|---|
| PERIOD COVERED | Sheldon Stone | David Rychalsky | Brian Phillips | Erik Morandi | Cameron Pickering | Zachary Shriber | COMBINED TOTAL |
| SEPTEMBER 2024 | 32.8 | 45.3 | 0.3 | 9.8 | 0.0 | 0.5 | 88.7 |
| OCTOBER 2024 | 11.7 | 21.6 | 0.0 | 3.0 | 0.0 | 0.0 | 36.3 |
| NOVEMBER 2024 | 12.8 | 24.1 | 0.0 | 2.5 | 0.0 | 0.0 | 39.4 |
| DECEMBER 2024 | 30.9 | 47.3 | 0.0 | 21.9 | 29.0 | 0.0 | 129.1 |
| JANUARY 2025 | 22.0 | 25.1 | 0.0 | 14.3 | 12.0 | 0.0 | 73.4 |
| FEBRUARY 2025 | 10.0 | 7.5 | 0.0 | 0.0 | 0.0 | 0.0 | 17.5 |
| MARCH 2025 | 3.5 | 10.2 | 0.0 | 1.0 | 0.0 | 0.0 | 14.7 |
| APRIL 2025 | 2.1 | 11.6 | 0.0 | 7.5 | 6.0 | 0.0 | 27.2 |
| MAY 2025 | 1.0 | 12.9 | 0.0 | 2.7 | 0.0 | 0.0 | 16.6 |
| JUNE 2025 | 0.5 | 5.2 | 0.0 | 7.0 | 0.0 | 0.0 | 12.7 |
| GRAND TOTAL : Hours | 127.3 | 210.8 | 0.3 | 69.7 | 47.0 | 0.5 | 455.6 |

Internal Use

**FIRST FEE APPLICATION OF CRS CAPSTONE PARTNERS LLC**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (UCC) FINANCIAL ADVISOR**
**SEPTEMBER 9, 2024 THROUGH JUNE 30, 2025**

**SUMMARY BY CATEGORY OF SERVICES**

| CATEGORY | EXPENDED HOURS | FEES |
|---|---|---|
| FINANCIAL AND COMPANY ANALYSIS | 130.6 | $78,725 |
| CLAIMS ANALYSIS, RESEARCH, AND RELATED MATTERS | 179.6 | $101,460 |
| CASE ADMINISTRATION | 32.2 | $19,150 |
| ASSET DISPOSITION & ANALYSIS | 21.2 | $12,370 |
| MEETINGS OF AND COMMUNICATIONS WITH CREDITORS | 34.5 | $20,945 |
| 2004 EXAMINATION AND RELATED ANALYSIS | 57.5 | $35,255 |
| **TOTAL FEES** | **455.6** | **$267,905** |
| | | |
| TOTAL OUT-OF-POCKET EXPENSES | | $3,642 |
| | | |
| **TOTAL FEES** | | **$271,547** |

# EXHIBIT 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: HERITAGE COLLEGIATE APPAREL, INC.
CHAPTER 11
CASE NO. 24-47922-tjt

**INSOLVENCY SERVICES**
**FINANCIAL & COMPANY ANALYSIS**

| Professional | Date | Description | Hours | Fees |
|---|---|---|---|---|
| Brian Phillips | 9-Sep-24 | Case review. | 0.3 | $ 150 |
| David Rychalsky | 10-Sep-24 | Review case documents and background, discuss with S Stone (Capstone) | 1.5 | $ 975 |
| Erik Morandi | 10-Sep-24 | review MDen Chapter 11 Docket + Upload material filings to Box | 1.0 | $ 450 |
| David Rychalsky | 11-Sep-24 | Review data room and financials. Review first day motions | 2.5 | $ 1,625 |
| David Rychalsky | 13-Sep-24 | Call with S Stone regarding leases and application to employ; | 0.5 | $ 325 |
| Sheldon Stone | 13-Sep-24 | PC w/ D. Rychalsky regarding leases; Review application to employ; CC w/ potential buyer; Develop questions for 341 hearing; emails | 3.3 | $ 2,145 |
| David Rychalsky | 16-Sep-24 | Prepare 341 outline and questions, discuss with S Stone. | 3.5 | $ 2,275 |
| David Rychalsky | 17-Sep-24 | Budget review and calls; prepare questions on budget and claims for call debtor and counsel. Discuss with S Stone and E Morandi (Capstone) | 3.1 | $ 2,015 |
| David Rychalsky | 18-Sep-24 | Sales Auction and budget meeting with Debtor. | 6.0 | $ 3,900 |
| Sheldon Stone | 18-Sep-24 | Budget meeting with Debtor; Auction; emails | 6.5 | $ 4,225 |
| David Rychalsky | 26-Sep-24 | Prepare for and participate in call with WBK and Capstone on waterfall | 1.0 | $ 650 |
| Sheldon Stone | 26-Sep-24 | CC w. A. Kochis, D. Rychalsky, E. Morandi regarding waterfall; Budget review; MCA review | 2.3 | $ 1,495 |
| Erik Morandi | 26-Sep-24 | Review analysis of waterfall/distributions w/ Anthony Kochis | 0.5 | $ 225 |
| David Rychalsky | 27-Sep-24 | Update waterfall per call with counsel, discuss with E Morandi | 1.0 | $ 650 |
| David Rychalsky | 27-Sep-24 | ERC research | 1.0 | $ 650 |
| Erik Morandi | 30-Sep-24 | Review SBA Loan documentation | 0.5 | $ 225 |
| David Rychalsky | 4-Oct-24 | CC w/ A. Kochis, E. Morandi and S Stone to discuss Committee call.  Review subrogation research. | 2.0 | $ 1,300 |
| Sheldon Stone | 4-Oct-24 | CC w/ A. Kochis, D. Rychalsky, E. Morandi to discuss Committee call | 0.9 | $ 585 |
| Erik Morandi | 4-Oct-24 | pre call prep + call w/ Wolfson Bolton | 1.0 | $ 450 |
| Sheldon Stone | 8-Oct-24 | Responding to emails with Debtor and Counsel | 0.9 | $ 585 |
| David Rychalsky | 9-Oct-24 | Review SOFA | 1.5 | $ 975 |
| David Rychalsky | 15-Oct-24 | Analyze lease claims, discuss with E Morandi | 1.2 | $ 780 |
| David Rychalsky | 23-Oct-24 | Correspond with S Stone on workplan and 2004 and potential Plan. | 1.0 | $ 650 |
| Sheldon Stone | 23-Oct-24 | Responding to emails with Debtor and Counsel | 0.5 | $ 325 |
| Sheldon Stone | 24-Oct-24 | Review bar date order | 0.5 | $ 325 |
| Sheldon Stone | 28-Oct-24 | Responding to emails with Debtor and Counsel | 0.5 | $ 325 |
| Sheldon Stone | 29-Oct-24 | Responding to emails with Debtor and Counsel; review motion | 0.5 | $ 325 |
| David Rychalsky | 6-Nov-24 | Budget and variance analyses | 1.1 | $ 715 |
| Sheldon Stone | 6-Nov-24 | Responding to emails with Debtor and Counsel | 0.5 | $ 325 |
| Erik Morandi | 11-Nov-24 | review professional fee application submitted by Conlin McKenney / review cash collateral budget | 0.5 | $ 225 |
| Sheldon Stone | 12-Nov-24 | Responding to emails with Debtor and Counsel/debtor motions; emails | 0.5 | $ 325 |
| Erik Morandi | 12-Nov-24 | Review Order Authorizing Debtor to Compromise Claim under 9019 and 11 USC § 105 (docket #185) | 0.5 | $ 225 |
| David Rychalsky | 19-Nov-24 | Continue review of financial and claims docs for 2004 | 2.5 | $ 1,625 |
| David Rychalsky | 20-Nov-24 | Review financials and tax returns, reconcile to bank and MCA activity.  Review 90 day payments | 3.5 | $ 2,275 |
| Sheldon Stone | 20-Nov-24 | Review debtor supplied financials | 1.0 | $ 650 |
| Sheldon Stone | 21-Nov-24 | PC w/ D. Rychalsky regarding Debtor supplied documents, 2004 exam; Review of Debtor provided documents | 1.5 | $ 975 |
| David Rychalsky | 22-Nov-24 | Update MCA and claims analyses with documents provided as part of 2004 | 4.0 | $ 2,600 |
| David Rychalsky | 27-Nov-24 | Claims analysis update | 1.0 | $ 650 |
| Sheldon Stone | 2-Dec-24 | PC w/ D. Rychalsky to discuss new debtor provided documents; Review new debtor provided documents; PC w/ A. Kochis to discuss new debtor provided documents | 2.5 | $ 1,625 |
| David Rychalsky | 3-Dec-24 | Review additional financial docs and discuss with S Stone | 1.5 | $ 975 |
| Sheldon Stone | 3-Dec-24 | PC w/ A. Kochis; PC w/ S. Hirth; Review bank statements provided by debtor | 1.7 | $ 1,105 |
| Sheldon Stone | 4-Dec-24 | Reconcile Bank statements w/ General Ledger | 1.5 | $ 975 |
| Erik Morandi | 4-Dec-24 | Reconcile General Ledger and BoAA 2023 monthly Bank Statements (deposits) w/ Sheldon Stone | 1.0 | $ 450 |
| David Rychalsky | 5-Dec-24 | General ledger review, reconcile to BoAA analyses. | 3.0 | $ 1,950 |
| Sheldon Stone | 5-Dec-24 | Responding to emails with Debtor and Counsel; review bank statements of debtor | 1.2 | $ 780 |
| Erik Morandi | 5-Dec-24 | Reconcile General Ledger and BoAA 2023 monthly Bank Statements (deposits) | 2.0 | $ 900 |
| David Rychalsky | 6-Dec-24 | Prepare in-depth General Ledger analyses, discuss with E Morandi and C Pickering, review summary | 5.5 | $ 3,575 |
| Erik Morandi | 6-Dec-24 | Download DropBox files provided by Debtor; Review, Organize, and create Index Tracker of provided files. | 2.5 | $ 1,125 |
| David Rychalsky | 9-Dec-24 | UCC Call and present MCA overview analyses, review G/L reconciliation, prepare summary overview | 4.3 | $ 2,795 |
| Erik Morandi | 9-Dec-24 | Pre call huddle w/ Sheldon S and David R; discuss Waterfall / Claims analysis and GL/Bank Reconciliation, go forward planning | 0.5 | $ 225 |
| David Rychalsky | 10-Dec-24 | Internal calls to finalize MCA presentation and analyses; update waterfall and review with counsel.  Follow up with WBK | 3.0 | $ 1,950 |
| David Rychalsky | 12-Dec-24 | Call with team on GL and MCA updates and analyses after meeting with Debtor | 0.5 | $ 325 |
| Sheldon Stone | 12-Dec-24 | CC w/ Team regarding finding from meeting with debtor on 12.11.2024 and discussion of go forward options. | 0.5 | $ 325 |
| Erik Morandi | 12-Dec-24 | PC w/ Wolfson and Bolton, Sheldon S, and David R | 0.7 | $ 315 |
| Erik Morandi | 12-Dec-24 | prep meeting notes memo | 1.0 | $ 450 |
| Sheldon Stone | 16-Dec-24 | PC w/ E. Morandi; review analysis of bank statements compared to GL | 1.0 | $ 650 |
| Sheldon Stone | 19-Dec-24 | Review order; Repsonding to emails with Debtor and Counsel | 0.5 | $ 325 |
| Sheldon Stone | 20-Dec-24 | Responding to emails with Debtor and Counsel | 0.5 | $ 325 |
| Sheldon Stone | 4-Jan-25 | Responding to emails with Debtor and Counsel | 0.2 | $ 130 |
| Sheldon Stone | 4-Jan-25 | Emails with Wolfson Bolton | 0.2 | $ 90 |
| David Rychalsky | 6-Jan-25 | Provide instruction to C Pickering on NSF analysis, review first drafts | 1.2 | $ 780 |
| Cameron Pickering | 6-Jan-25 | Bounced Check/NSF transaction reconciliation (6.0 H) | 6.0 | $ 2,100 |
| David Rychalsky | 7-Jan-25 | Working session with C Pickering (Capstone) on NSF analysis and finalize 2004 prep | 3.5 | $ 2,275 |
| Erik Morandi | 7-Jan-25 | review analysis of non sufficient funds bank activity + prepare summary analysis of findings | 0.7 | $ 315 |
| Cameron Pickering | 7-Jan-25 | Bounced Check/NSF transaction reconciliation (6.0 H) | 6.0 | $ 2,100 |
| David Rychalsky | 15-Jan-25 | Reiew Amended Plan and discuss with UCC | 2.5 | $ 1,625 |
| David Rychalsky | 20-Jan-25 | Discuss plan amendments with S Stone | 0.5 | $ 325 |
| Sheldon Stone | 21-Jan-25 | Responding to emails with Debtor and Counsel | 0.5 | $ 325 |
| David Rychalsky | 24-Jan-25 | MOR Reviews | 0.7 | $ 455 |
| Sheldon Stone | 12-Feb-25 | Responding to emails with Debtor and Counsel | 0.2 | $ 130 |

Internal Use

**INSOLVENCY SERVICES**
**FINANCIAL & COMPANY ANALYSIS**

| Professional | Date | Description | Hours | Fees |
|---|---|---|---|---|
| David Rychalsky | 18-Feb-25 | Review Objection | 1.0 | $ 650 |
| Sheldon Stone | 18-Feb-25 | Repsonding to emails with Debtor and Counsel | 0.5 | $ 325 |
| David Rychalsky | 19-Feb-25 | Strategy session with counsel re: objections and Debtors plans | 1.4 | $ 910 |
| David Rychalsky | 24-Feb-25 | Calls re: UCC options and Plan | 1.5 | $ 975 |
| David Rychalsky | 27-Feb-25 | Review Motion for Trustee | 0.5 | $ 325 |
| David Rychalsky | 3-Mar-25 | Analzye UCC options re Amended Plan; review counsel's notes on objections | 1.5 | $ 975 |
| David Rychalsky | 7-Mar-25 | Review subrogation memos and precedence. Discuss with counsel | 1.5 | $ 975 |
| Sheldon Stone | 9-Mar-25 | Review tax return | 0.5 | $ 325 |
| David Rychalsky | 10-Mar-25 | Review taxes and reconcile to 2004 | 0.5 | $ 325 |
| David Rychalsky | 14-Mar-25 | Finish review of taxes and bank statement rec. | 1.5 | $ 975 |
| David Rychalsky | 17-Mar-25 | Amended Plan review and discuss with S Stone | 1.5 | $ 975 |
| **TOTALS** | | | **130.6** | **$ 78,725** |

**INSOLVENCY SERVICES**
**CLAIMS ANALYSIS, RESEARCH, AND RELATED MATTERS**

| Professional | Date | Description | Hours | Fees |
|---|---|---|---|---|
| David Rychalsky | 19-Sep-24 | Begin MCA analyses, review BOAA report and reconcile to known claims | 3.3 | $ 2,145 |
| Sheldon Stone | 19-Sep-24 | Work on MCA's; PC w. A. Kochis (2); PC w/ D. Rychalsky; Responding to emails with Debtor and Counsel | 4.0 | $ 2,600 |
| David Rychalsky | 23-Sep-24 | MCA analyses, provoide instruction to team on process and analyses. Research MCA lenders and review funding docs | 3.5 | $ 2,275 |
| Sheldon Stone | 23-Sep-24 | MCA's; Work on waterfall | 1.5 | $ 975 |
| David Rychalsky | 24-Sep-24 | Prepare draft waterfall analyses, discuss with E Morandi and S Stone. | 2.5 | $ 1,625 |
| Sheldon Stone | 24-Sep-24 | PC w/ D. Rychalsky; Work on MCA's | 0.7 | $ 455 |
| David Rychalsky | 25-Sep-24 | Waterfall analysis and scenarios | 3.5 | $ 2,275 |
| Sheldon Stone | 25-Sep-24 | Work on MCA's; Responding to emails with Debtor and Counsel | 1.0 | $ 650 |
| David Rychalsky | 30-Sep-24 | Review MCA analyses, review bank statements. | 1.5 | $ 975 |
| Sheldon Stone | 30-Sep-24 | Work on MCA's; Responding to emails with Debtor and Counsel | 3.0 | $ 1,950 |
| David Rychalsky | 1-Oct-24 | MCA and SBA secured doc review, review claims filed. | 2.1 | $ 1,365 |
| Sheldon Stone | 1-Oct-24 | Research of MCA's | 2.0 | $ 1,300 |
| David Rychalsky | 2-Oct-24 | Review UM related docs and claims infoirmation. Discuss with S Stone | 1.5 | $ 975 |
| David Rychalsky | 8-Oct-24 | Update MCA and waterfall analyzes, review claims. | 1.5 | $ 975 |
| David Rychalsky | 16-Oct-24 | Review draft MCA summary; reconcile to bank statements | 2.5 | $ 1,625 |
| David Rychalsky | 17-Oct-24 | Review MCA creditor support, review chapter 7 docket of MCA claimaint | 0.8 | $ 520 |
| David Rychalsky | 21-Oct-24 | Research MCA providers, review related BK dockets of claimants. | 1.0 | $ 650 |
| Sheldon Stone | 21-Oct-24 | MCA research | 1.0 | $ 650 |
| David Rychalsky | 22-Oct-24 | Discuss MCA and 2004 questions with S Stone. | 1.0 | $ 650 |
| Sheldon Stone | 22-Oct-24 | MCA researcvh | 1.0 | $ 650 |
| Erik Morandi | 12-Nov-24 | Review TVT 2.0 LLC PoC | 0.5 | $ 225 |
| David Rychalsky | 13-Nov-24 | Prepare claims analyses; review MCA and other claims, Research MCA in Secretary of State sites. Provide instruction to team on analyses. | 3.5 | $ 2,275 |
| David Rychalsky | 15-Nov-24 | Review reconciliation of MCA claims and bank activity, discuss with E Morandi | 2.5 | $ 1,625 |
| Erik Morandi | 19-Nov-24 | PC w/ Sheldon Stone and Review MCA funding disbursements pre petition | 0.5 | $ 225 |
| Sheldon Stone | 6-Dec-24 | PC w/ A. Kochis regarding MCA's; Responding to emails with Debtor and Counsel | 0.7 | $ 455 |
| Sheldon Stone | 10-Dec-24 | PC w/ Erik Morandi regarding MCA's (3); PC w/ D. Rychalsky regarding MCA's; Review MCA loan documents; Responding to emails with Debtor and Counsel | 2.0 | $ 1,300 |
| Erik Morandi | 10-Dec-24 | review general ledger detail and analysis of MCA inflows / outflows | 0.5 | $ 225 |
| Cameron Pickering | 10-Dec-24 | '-Review MCA transactions in G/L and add to tracker (3.5 hours) -Continue analysis in spreadsheet by MCA entity including adding new ones not previously seen in GL (1.5 hours) | 5.0 | $ 1,750 |
| David Rychalsky | 11-Dec-24 | Participare in part of Meeting with Debtor re: MCAs and GL activity | 3.7 | $ 2,405 |
| Sheldon Stone | 11-Dec-24 | Meeting with Debtor regarding MCA's; PC w/ S. Wolfson regarding debtor meeting; PC w/ D. Rychalsky regarding MCA's | 4.5 | $ 2,925 |
| Erik Morandi | 11-Dec-24 | In person meeting with Scott Hirth to review loan documents and general ledger transactions | 4.0 | $ 1,800 |
| Cameron Pickering | 11-Dec-24 | '-Review mass GL entries and split by MCA entity in spreadsheet (0.6 hour) -Identify previously unseen MCA entities and outline transactions to as debtor about (0.6 hour) -Expand analysis of existing spreadsheet to incorporate new information pulled from Feb 24-YTD GL (0.7 hour) | 2.0 | $ 700 |
| David Rychalsky | 12-Dec-24 | Meet with C Pickering to review new GL reconciliation and analyses; review MCA analyses and prepare questions and changes. | 2.8 | $ 1,820 |
| Cameron Pickering | 12-Dec-24 | '-Took input from meeting with debtor to update known information on MCA's and spreadsheet analysis (1.5 hours) -Finalized spreadsheet analysis based on known MCA's (30 mins) | 2.0 | $ 700 |
| David Rychalsky | 13-Dec-24 | Meet with C Pickering re claims analyses; analyze bank activity and prepare questions | 2.2 | $ 1,430 |
| David Rychalsky | 16-Dec-24 | Claims reconciliation and analyses with C Pickering (Capstone), review data and analyze to financials | 4.0 | $ 2,600 |
| Cameron Pickering | 16-Dec-24 | Bank Statement to GL reconciliations for various MCA's (5.5 hours) | 5.5 | $ 1,925 |
| David Rychalsky | 17-Dec-24 | Continue GL and Claims / MCA review and reconciliation. Update summary and update S Stone. | 4.0 | $ 2,600 |
| Sheldon Stone | 17-Dec-24 | Work on reconciling MCA loans; review debtor plan | 5.0 | $ 3,250 |
| Erik Morandi | 17-Dec-24 | Prep MCA + Proof of Claim reconciliation analysis | 2.0 | $ 900 |
| Erik Morandi | 17-Dec-24 | Review files provided by Debtor; Discuss strategy/next steps with Sheldon Stone and David Rychalsky | 1.0 | $ 450 |
| Cameron Pickering | 17-Dec-24 | Bank Statement to GL reconciliations for various MCA's (5.5 hours) | 5.0 | $ 1,750 |
| David Rychalsky | 18-Dec-24 | Prepare for meeting with WBK; working session with team to finalize analyses and presentation. Update waterfall. | 5.0 | $ 3,250 |
| Sheldon Stone | 18-Dec-24 | Review Disclosure statement; meeting with S. Morandi, A. Kochis; D. Rychalsky; E. Morandi regarding review of MCA claims | 2.0 | $ 1,300 |
| Erik Morandi | 18-Dec-24 | Review reconciliation Analysis with Wolfson Bolton; Discuss next steps/strategy w/ Wolfson Bolton | 1.5 | $ 675 |
| Erik Morandi | 18-Dec-24 | Review MCA + Proof of Claim reconciliation Analysis w/ Sheldon Stone and David Rychalsky | 0.5 | $ 225 |
| David Rychalsky | 19-Dec-24 | Meeting with Capstone and WBK on claims analyses and waterfall scenarios; post mtg work to update scenarios and waterfall. | 3.1 | $ 2,015 |
| Erik Morandi | 19-Dec-24 | Review MCA/Proof of Cash reconciliation analysis + emails w/ Scott Hirth | 0.5 | $ 225 |
| Cameron Pickering | 19-Dec-24 | Bank Statement to GL reconciliations for various MCA's (2.5 hours) | 2.5 | $ 875 |
| David Rychalsky | 20-Dec-24 | Prepare next phase of MCA analyses; review newly provided bank documents and reconcile to financials. | 2.5 | $ 1,625 |
| Cameron Pickering | 20-Dec-24 | Bank Statement to GL reconciliations for various MCA's (3.0 hours) | 3.0 | $ 1,050 |
| David Rychalsky | 30-Dec-24 | Working session with C Pickering (Capstone) on MCA and GL analysis and reconciliation to bank; use to finalize prep of 2004 outline | 1.5 | $ 975 |
| Cameron Pickering | 30-Dec-24 | MCA Reconciliation from bank statement to GL Summary Analysis (4.0 H) | 4.0 | $ 1,400 |
| Erik Morandi | 31-Dec-24 | prep analysis of reconciliation of proof of claims, general ledger, and bank statement reconciliations. | 3.0 | $ 1,350 |
| David Rychalsky | 2-Jan-25 | Review outline and discuss with S Stone and E Morandi | 1.5 | $ 975 |

**INSOLVENCY SERVICES**
**CLAIMS ANALYSIS, RESEARCH, AND RELATED MATTERS**

| Professional | Date | Description | Hours | Fees |
|---|---|---|---|---|
| Erik Morandi | 11-Jan-25 | Review / prep consolidated list of: Shareholders, all creditors (not only ones who have filed a claim), Real estate entities, and Other legal entities | 0.5 | $ 225 |
| Erik Morandi | 12-Jan-25 | prep updated reconciliation analysis of proof of claims and send to ucc counsel | 0.4 | $ 180 |
| Erik Morandi | 12-Jan-25 | Review payments to other vendors (non MCAs) recorded in related MCA Balance Sheet accounts; Summarize and email debtor/counsel | 0.5 | $ 225 |
| David Rychalsky | 10-Feb-25 | Review debtor related property leases, discuss with S Stone | 2.1 | $ 1,365 |
| Sheldon Stone | 25-Mar-25 | Review U of M Claim | 0.5 | $ 325 |
| David Rychalsky | 26-Mar-25 | UM Claim call prep | 1.0 | $ 650 |
| David Rychalsky | 27-Mar-25 | Prep for UM claim call with S Stone and E Morandi | 1.0 | $ 650 |
| Sheldon Stone | 27-Mar-25 | CC w/ D. Rychalsky, E. Morandi regarding U of M claim | 0.2 | $ 130 |
| Erik Morandi | 27-Mar-25 | Call to review UofM admin claim | 1.0 | $ 450 |
| David Rychalsky | 31-Mar-25 | Review debtors UM comments and responses | 0.5 | $ 325 |
| Sheldon Stone | 31-Mar-25 | Review debtors response to U of M claim | 0.5 | $ 325 |
| David Rychalsky | 9-Apr-25 | Michigan claims analysis and review | 1.1 | $ 715 |
| Erik Morandi | 16-Apr-25 | claims analysis call w/ Wolfson, Kochis, Rychalsky, Stone | 0.5 | $ 225 |
| David Rychalsky | 16-Apr-25 | Update claims analyses, call with A Kochis and S Stone and E Morandi to discuss | 1.8 | $ 1,170 |
| Erik Morandi | 18-Apr-25 | Review claims review and analysis or certain creditors | 1.1 | $ 715 |
| Erik Morandi | 18-Apr-25 | prep claims analysis | 1.0 | $ 450 |
| Erik Morandi | 18-Apr-25 | prep claims analysis | 2.5 | $ 1,125 |
| David Rychalsky | 21-Apr-25 | Waterfall updates; amend claims analysis with findings from bank. | 1.5 | $ 975 |
| Erik Morandi | 21-Apr-25 | prep claims analysis | 1.5 | $ 675 |
| Erik Morandi | 21-Apr-25 | call to review claims analysis with David Rychalsky | 0.5 | $ 225 |
| Erik Morandi | 21-Apr-25 | update prepped claims analysis | 0.5 | $ 225 |
| David Rychalsky | 24-Apr-25 | PoC Review | 1.2 | $ 780 |
| Sheldon Stone | 25-Apr-25 | Review claims analysis | 0.8 | $ 520 |
| David Rychalsky | 28-Apr-25 | Claims analysis call with WBK; update waterfall.  Review PoCs | 3.2 | $ 2,080 |
| Erik Morandi | 28-Apr-25 | Call with Wolfson Bolton regarding Claims Analysis + prep for call on 5/5/25 | 1.0 | $ 450 |
| Cameron Pickering | 28-Apr-25 | distribution reconciliation (1 hr) 90 day payment reconciliation (3 hr) | 4.0 | $ 1,400 |
| David Rychalsky | 29-Apr-25 | Review PoCs , reconcile to bank statements | 1.7 | $ 1,105 |
| Cameron Pickering | 29-Apr-25 | 90 day payment reconciliation (2h) | 2.0 | $ 700 |
| David Rychalsky | 2-May-25 | Claims analysis with C Pickering, review 90 day invoices | 2.2 | $ 1,430 |
| David Rychalsky | 7-May-25 | Call with Debtors counsel on TCT and overall claims analysis; update TCT analysis | 1.2 | $ 780 |
| David Rychalsky | 9-May-25 | Update Claims analysis | 0.8 | $ 520 |
| David Rychalsky | 23-May-25 | Update waterfall scenarios, discuss with Scott | 1.5 | $ 975 |
| David Rychalsky | 30-May-25 | Update waterfall; discuss with S Wolfson; review UM proposed settlement(s) and model out scenarios | 2.2 | $ 1,430 |
| David Rychalsky | 2-Jun-25 | Waterfall and claims review with S Wolfson. Update waterfall ; prepare UM sensitivities | 3.5 | $ 2,275 |
| David Rychalsky | 3-Jun-25 | Waterfall and claims updates for Confirmation. Confirm UCC amounts | 1.7 | $ 1,105 |
| **TOTALS** | | | **179.6** | **$ 101,460** |

Internal Use

INSOLVENCY SERVICES
CASE ADMINISTRATION

| Professional | Date | Description | Hours | Fees |
|---|---|---|---|---|
| Erik Morandi | 9-Sep-24 | Internal team meeting w/ Sheldon Stone + David Rychalsky | 1.0 | $ 450 |
| Sheldon Stone | 10-Sep-24 | PC w/ A. Kochis regarding go forward checklist of tasks to be completed and sale process/status; PC w/ D. Rychalsky regarding go forward tasks and case status; Repsonding to emails with Debtor and Counsel | 1.1 | $ 715 |
| Erik Morandi | 10-Sep-24 | Internal strategy team meeting w/ Sheldon Stone + David Rychalsky | 0.5 | $ 225 |
| Sheldon Stone | 10-Jan-25 | Review liquidating trust draft agreement (1.0); CC w/ Huntington legal to discuss liquidating trust (.70) | 1.7 | $ 1,105 |
| David Rychalsky | 13-Jan-25 | Call with S Stone on LT Agreement and Debtors Amended Plan | 1.2 | $ 780 |
| Sheldon Stone | 13-Jan-25 | Review Liquidating Trust Agreement (.50); Review reconciliation of PoC (1.0); PC w/ Scott W. to discuss debtors Amended plan (.20); Repsonding to emails with Debtor and Counsel (.50) | 2.2 | $ 1,430 |
| Erik Morandi | 14-Jan-25 | Emails w/ Debtor (10m); Prep liquidating trust conflicts check (10m) | 0.4 | $ 180 |
| Sheldon Stone | 22-Jan-25 | PC w/ A. Kochis regarding Trust; PC w/ D. Rychalsky regarding Debtors second amended plan; PC w/ B. Davies regarding Trust; review Debtors Second amended plan | 2.5 | $ 1,625 |
| Sheldon Stone | 23-Jan-25 | PC w/ E. Morandi regarding Debtor amended plan; Repsonding to emails with Debtor and Counsel | 0.8 | $ 520 |
| Sheldon Stone | 3-Feb-25 | Review Liquidating Trust document | 0.5 | $ 325 |
| David Rychalsky | 4-Feb-25 | Discuss LT plan with S Stone and legal | 1.0 | $ 650 |
| Sheldon Stone | 4-Feb-25 | PC w/ HNB legal regarding Liquidating Trust | 0.5 | $ 325 |
| Sheldon Stone | 5-Feb-25 | PC w/ B. Davies regarding Liquidating Trust | 0.5 | $ 325 |
| Sheldon Stone | 6-Feb-25 | PC w/ A. Kochis regarding Liquidating Trust; CC w/ Huntington Legal regarding Liquidating Trust; PC w/ B. Davies regarding Liquidating Trust | 1.5 | $ 975 |
| Sheldon Stone | 10-Feb-25 | Review objection; PC w/ S. Wolfson regarding my declaration; CC w/ UCC; PC w/ D. Rychalsky regarding CC w/ UCC | 2.3 | $ 1,495 |
| Sheldon Stone | 11-Feb-25 | Complete draft of decleration | 0.5 | $ 325 |
| Sheldon Stone | 13-Feb-25 | Review objection draft; Review edits to my decleration | 1.5 | $ 975 |
| Sheldon Stone | 14-Feb-25 | Review final objection draft; Repsonding to emails with Debtor and Counsel | 1.0 | $ 650 |
| Sheldon Stone | 20-Feb-25 | Review transcripts | 0.5 | $ 325 |
| Sheldon Stone | 21-Feb-25 | Review transcripts | 0.5 | $ 325 |
| Sheldon Stone | 17-Mar-25 | Review debtors redline of 2nd amended plan converted to 3rd amended plan | 0.8 | $ 520 |
| Sheldon Stone | 26-Mar-25 | Review UCC objection | 0.5 | $ 325 |
| Sheldon Stone | 9-May-25 | Review MOR's | 0.2 | $ 130 |
| David Rychalsky | 12-May-25 | Update waterfall and claims analysis; review MORs | 1.5 | $ 975 |
| Sheldon Stone | 2-Jun-25 | PC w/ D. Rycholsky regarding U of M response to our counter. | 0.5 | $ 325 |
| Erik Morandi | 27-Jun-25 | Prep fee application & review Wolfson Bolton's fee application | 3.0 | $ 1,350 |
| Erik Morandi | 30-Jun-25 | Prep Capstone's fee application | 4.0 | $ 1,800 |
| **TOTALS** | | | **32.2** | **$ 19,150** |

Internal Use

**INSOLVENCY SERVICES**
**ASSET DISPOSITION & ANALYSIS**

| Professional | Date | Description | Hours | | Fees |
|---|---|---|---|---|---|
| Erik Morandi | 10-Sep-24 | Prep list of potential buyers | 1.0 | $ | 450 |
| Sheldon Stone | 11-Sep-24 | Respond to emails regarding budget, confidentially agreement, sale: PC w/ D. Rychalsky (2) regarding budget, application to employ, sale | 0.8 | $ | 520 |
| Erik Morandi | 11-Sep-24 | prep list of potential buyers | 1.0 | $ | 450 |
| Erik Morandi | 11-Sep-24 | PC w/ Nick Keller at Architect Equity re potential interest in acquiring business | 0.4 | $ | 180 |
| Erik Morandi | 11-Sep-24 | prep list of potential buyers | 3.0 | $ | 1,350 |
| David Rychalsky | 12-Sep-24 | Continue review of case information.  Work on buyers list with E Morandi; review sale docs and sales info.  Discussions with Wolfson Bolton on strategy and case workplan | 3.5 | $ | 2,275 |
| Sheldon Stone | 12-Sep-24 | PC w/ M. Boganowicz regarding case status; PC w/ A. Kochis regarding sale; Review sale bids | 1.1 | $ | 715 |
| Erik Morandi | 12-Sep-24 | PC w/ Anthony J. Kochis (Wolfson Bolton Kochis); Draft Email to potential buyers w/ instructions and key investment highlights | 0.5 | $ | 225 |
| David Rychalsky | 13-Sep-24 | Analyze bids and discuss with A Kochis, prepare lease analysis | 2.5 | $ | 1,625 |
| Erik Morandi | 13-Sep-24 | outreach and emails w/ potential buyers | 0.4 | $ | 180 |
| Zachary Shriber | 13-Sep-24 | Distribute historical financials to interested parties | 0.5 | $ | 175 |
| Sheldon Stone | 16-Sep-24 | Review bid summary provided by Wolfson Bolton; PC w/ A. Hokichs regarding auction; Review bids; 341 hearing; PC w/ D. Rychalsky regarding 2002 exam questions; Review CC; Review CCO | 2.0 | $ | 1,300 |
| David Rychalsky | 20-Sep-24 | Sale hearing and follow up with Capstone and WBK | 2.5 | $ | 1,625 |
| Sheldon Stone | 20-Sep-24 | Sale hearing; Repsonding to emails with Debtor and Counsel | 2.0 | $ | 1,300 |
| **TOTALS** | | | **21.2** | **$** | **12,370** |

Internal Use

**INSOLVENCY SERVICES**
**MEETINGS OF AND COMMUNICATIONS WITH CREDITORS**

| Professional | Date | Description | Hours | Fees |
|---|---|---|---|---|
| Sheldon Stone | 17-Sep-24 | UCC call; PC's w/ D. Rychalsky (2) regarding debtor budget; Repsonding to emails with Debtor and Counsel; prep for meeting w/ debtor on their budget | 2.5 | $ 1,625 |
| David Rychalsky | 17-Sep-24 | UCC call; and follow up with S Stone re: budget meeting | 1.4 | $ 910 |
| David Rychalsky | 7-Oct-24 | Prepare for and participate in call with UCC | 1.5 | $ 975 |
| Sheldon Stone | 7-Oct-24 | Review debtor's motion; committee call; Committee call prep | 1.6 | $ 1,040 |
| Erik Morandi | 7-Oct-24 | pre call prep + Heritage/Committee Call | 1.0 | $ 450 |
| David Rychalsky | 10-Oct-24 | Prepare for and participate in call with UM and professionals | 1.5 | $ 975 |
| Sheldon Stone | 10-Oct-24 | CC w/ U of M professionals, A. Kochis; D. Rychalsky, E. Morandi; PC w/ Committee member; Repsonding to emails with Debtor and Counsel | 2.0 | $ 1,300 |
| Erik Morandi | 10-Oct-24 | pre call prep + PC w/ Lisa Starks and Robert Winiarski (UofM legal and accounting professionals) | 1.0 | $ 450 |
| David Rychalsky | 7-Nov-24 | Review Conlin fee app and provide comments to WBK. Call with E Morandi re workplan and MCA analyses meeting | 2.0 | $ 1,300 |
| Erik Morandi | 12-Nov-24 | PC w/ UCC professionals | 0.5 | $ 225 |
| Sheldon Stone | 9-Dec-24 | CC w/ Committee; CC w/ D. Rychalsky, E. Morandi regarding prep for UCC meeting; review of MCA loan documents and debtor financial statements | 5.5 | $ 3,575 |
| Erik Morandi | 9-Dec-24 | PC w/ the Committee | 1.2 | $ 540 |
| Sheldon Stone | 15-Jan-25 | CC w/ UC Committee | 0.8 | $ 520 |
| Erik Morandi | 15-Jan-25 | Pre Call Prep (15 mins); Call with Committee (45 mins) | 1.0 | $ 450 |
| Sheldon Stone | 16-Jan-25 | Craft profile for UCC | 1.0 | $ 650 |
| Sheldon Stone | 5-Mar-25 | CC w/ UCC to discuss plan of Debtor | 0.5 | $ 325 |
| David Rychalsky | 5-Mar-25 | UCC Call re Plan | 1.2 | $ 780 |
| Sheldon Stone | 14-Apr-25 | CC w/ Wolfson, Kochis, Rychalsky; Committee CC | 1.3 | $ 845 |
| David Rychalsky | 5-May-25 | Claims and Preference Analysis- prep and call with counsel; call with UM to review | 3.5 | $ 2,275 |
| Sheldon Stone | 5-May-25 | CC w/ U of M to discuss claims waterfall | 0.8 | $ 520 |
| Erik Morandi | 5-May-25 | Claims and Preference Analysis - pre UMich call huddle with Wolfson Bolton | 1.7 | $ 765 |
| Erik Morandi | 5-May-25 | UMich claims Call | 1.0 | $ 450 |
| **TOTALS** | | | **34.5** | **$ 20,945** |

Internal Use

**INSOLVENCY SERVICES**
**2004 EXAMINATION AND RELATED ANALYSIS**

| Professional | Date | Description | Hours | Fees |
|---|---|---|---|---|
| David Rychalsky | 16-Sep-24 | Discuss 341 and 2004 inquiries with S Stone, review fornesic BOAA analysis | 2.0 | $ 1,300 |
| David Rychalsky | 11-Oct-24 | Prepare 2004 questions, review S Stone comments | 1.5 | $ 975 |
| David Rychalsky | 14-Oct-24 | Prepare MCA questions for 2004 | 1.0 | $ 650 |
| Sheldon Stone | 17-Oct-24 | Review 2004 information request and edit. | 0.3 | $ 195 |
| David Rychalsky | 1-Nov-24 | Review counsel outline for 2004 draft, discuss with S Stone. | 1.5 | $ 975 |
| Sheldon Stone | 1-Nov-24 | Review debtor financials; review 2004 questions | 1.0 | $ 650 |
| David Rychalsky | 4-Nov-24 | Call with S Stone and A Kochis re: 2004; update questionnaire | 1.5 | $ 975 |
| Sheldon Stone | 5-Nov-24 | PC w/ D. Rychalsky, A. Kochis regarding 2004 exam and plan confirmation | 0.5 | $ 325 |
| David Rychalsky | 18-Nov-24 | Review new docs relaetd to 2004 inquiries, discuss with S Stone | 1.0 | $ 650 |
| Sheldon Stone | 18-Nov-24 | Review 2004 exam documents provided by debtor | 0.8 | $ 520 |
| Sheldon Stone | 19-Nov-24 | Review debtor provided documents for 2004 exam; PC w/ Anthony; Repsonding to emails with Debtor and Counsel; PC w/ E. Morandi | 5.5 | $ 3,575 |
| Sheldon Stone | 22-Nov-24 | CC w/ A. Kochis, D. Rychalski to discuss 2004 exam | 1.5 | $ 975 |
| Sheldon Stone | 7-Dec-24 | PC w/ D. Rychalsky regarding 2004 exam | 0.3 | $ 195 |
| David Rychalsky | 7-Dec-24 | Call with S Stone on MCA and GL analyses; prepare revisions based on call | 0.7 | $ 455 |
| Sheldon Stone | 30-Dec-24 | Work on 2004 exam questions/ areas of inquiry | 1.5 | $ 975 |
| Erik Morandi | 2-Jan-25 | review 2004 exam outline and prep notes and questions (1h); Call w/ Sheldon Stone review QandA for 2004 exam (10m) | 1.2 | $ 540 |
| Sheldon Stone | 6-Jan-25 | 2004 exam preparation, review agenda, review MCA transactions | 1.0 | $ 650 |
| Sheldon Stone | 7-Jan-25 | CC w/ A. Kochis, D. Rychalsky, E. Morandi on 2004 exam; PC w/ D. Rychalsky regarding 2004 exam | 1.5 | $ 975 |
| Erik Morandi | 7-Jan-25 | pre call prep + call w/ Wolfson Bolton to prepare for 341 deposition | 1.0 | $ 450 |
| David Rychalsky | 8-Jan-25 | Review exhibits for 2004, discuss with E Morandi (Capstone) | 1.5 | $ 975 |
| Sheldon Stone | 8-Jan-25 | 2004 exam prep; Repsonding to emails with Debtor and Counsel | 1.0 | $ 650 |
| Erik Morandi | 8-Jan-25 | prepare exhibits for 341 deposition and send to Anthony Kochis | 0.7 | $ 315 |
| David Rychalsky | 9-Jan-25 | Participate in 2004 Exam; follow up meeting with E Morandi and A Kochis. | 7.7 | $ 5,005 |
| Sheldon Stone | 9-Jan-25 | 2004 exam with Debtor (5); prep for 2004 exam (1) | 6.0 | $ 3,900 |
| Erik Morandi | 9-Jan-25 | round trip travel time from office to Schafer and Weiner PLLC | 0.2 | $ 90 |
| Erik Morandi | 9-Jan-25 | Attended 2004 Exam Deposition at Schafer and Weiner PLLC | 7.0 | $ 3,150 |
| David Rychalsky | 10-Jan-25 | Follow up claims analysis per 2004 findings; prep C Pickering on changes. | 3.8 | $ 2,470 |
| David Rychalsky | 27-Jan-25 | Review 2004 transcript | 1.0 | $ 650 |
| Sheldon Stone | 27-Jan-25 | Review 2004 exam transcripts | 1.3 | $ 845 |
| Erik Morandi | 27-Jan-25 | Review October, November, December MORs | 0.5 | $ 225 |
| Sheldon Stone | 28-Jan-25 | Review exhibits from 2004 Exam; Repsonding to emails with Debtor and Counsel | 1.5 | $ 975 |
| **TOTALS** | | | **57.5** | **$ 35,255** |

Internal Use

EXHIBIT 6

**Sheldon Stone**
**Managing Director, Financial Advisory Services**

Sheldon is a Managing Director with Capstone Partners' Financial Advisory Services (FAS) group. With more than 35 years of experience, he is a recognized expert at providing financial and strategic solutions to companies in the automotive, energy, building materials, construction, manufacturing, real estate, and retail industries. He represents debtors, creditors and other parties-in-interest and has extensive experience in vendor and customer negotiations, accommodation agreements, debt restructurings and recapitalizations. Sheldon provides assistance in the planning and execution of sell-side processes and the disposition of underperforming assets. He has served as an interim CEO, CRO, and court-appointed Receiver.

Prior to joining Capstone, Sheldon was a Partner and Restructuring Practice Leader with Amherst Partners. Previously, he was a Partner with The Pillar Group LLC, a provider of restructuring and turnaround services to middle market companies which merged with Amherst in 2005. He was a Senior Manager of Consulting Services with Plante Moran, providing strategic planning and turnaround/performance improvement services. Before that, Sheldon held positions of increasing responsibility with DFS Galleria, culminating as General Manager of the Hawaii division. Sheldon started his career as a consultant with Booz, Allen, and Hamilton providing performance improvement and strategic planning services.

Active in his community, Sheldon is a past Chair of the Board of Jewish Family Service of Metropolitan Detroit and serves on organization's Finance Committee, and is a member of the Business Practices Committee of the Jewish Federation of Metropolitan Detroit.

Education
- Western Michigan University – MA – Organizational Behavior
- Western Michigan University – BBA – Finance & BA - Psychology
- Georgetown University, McDonough School of Business – MBA Executive Program

Registrations & Affiliations
- SFNet (formerly CFA) – Board President, Michigan Chapter
- Turnaround Management Association (TMA) – Current Member of Audit Committee, Former Member of National Board
- American Bankruptcy Institute (ABI)



**David Rychalsky**
**Managing Director, Financial Advisory Services**

David has over 20 years of experience guiding companies, creditors and other various stakeholders through challenging and often distressed financial situations. His expertise is largely concentrated on insolvency and restructuring proceedings such as Chapter 11 Bankruptcy, out-of-court winddowns and Assignments for the Benefit of Creditors (ABCs). Mr. Rychalsky consistently deploys a pragmatic approach to his client matters and focuses on preserving and enhancing value for all constituencies. His vast experience sitting on all sides of the business negotiating table enables him to acutely understand each interested party's role, leverage and potential outcome in any process.

David has been engaged in more than 50 cases throughout his career, ranging from lower and middle market entities to complex mega-cases. He has served in various interim management, fiduciary and C-Suite roles such as Chief Restructuring Officer (CRO), Interim CFO and Assignee.

Mr. Rychalsky started his restructuring career as an Associate in KPMG's Corporate Recovery practice in Boston. Prior to joining Capstone Partners, David served as a Senior Vice President with Mesirow Financial Consulting. He is especially active in the American Bankruptcy Institute (ABI) and is a member of its Northeast Advisory Board, serving as co-chair of the Northeast Conference from 2017-2021. He is also a Certified Insolvency and Restructuring Advisor.

Education
- Roanoke College – BA – Political Science & Economics

Registrations & Affiliations
- American Bankruptcy Institute – Northeast Advisory Board Member



**Erik Morandi**
**Vice President (current), Financial Advisory Services**

Erik is a Vice President with Capstone Partners' Financial Advisory Services (FAS) Group in Metro Detroit, Michigan. He actively supports and contributes to all aspects of a broad range of bankruptcy & insolvency, interim management, turnaround & restructuring, and special situations M&A mandates. He has worked on behalf of debtors and creditors across a range industries including manufacturing, healthcare, consumer & retail, industrial technology, real estate, mining,, renewable energy, experiential marketing, and defense, Erik has worked on numerous cross border and international mandates spanning Europe, Asia, Latin America, and Middle East.

Erik has contributed to a range of bankruptcy & insolvency matters including FA to Debtors, Special Situations Investment Banker to Debtors, FA to the UCC, FA to Secured Lenders, FA to Unsecured Creditors as well as supporting Trustees and Fiduciaries serving as Chief Restructuring Officers, Assignees, Liquidating Trustees, Creditor Trustees, Receivers, and Interim CFOs.

Prior to joining Capstone, Erik was an analyst in the restructuring advisory practice at Amherst Partners. Prior to Amherst Partners, Erik worked for Fiat Chrysler Automobiles, where he completed intensive rotations in the company's commercial, corporate, and industrial finance groups as part of its finance leadership development program.

Education
- Babson College – BSBA – Economics & Finance
- London School of Economics and Political Science– The General Course– Industrial Economics & Management

Registrations & Affiliations
- Turnaround Management Association (TMA) – TMA NextGen, Detroit Chapter Board Member
- American Bankruptcy Institute (ABI) – Member

# EXHIBIT 7

In re: HERITAGE COLLEGIATE APPAREL, INC.
CHAPTER 11
CASE NO. 24-47922-tjt

**TOTAL OUT-OF-POCKET EXPENSES**

| Professional | Date | Description | | Fees |
|---|---|---|---|---|
| David Rychalsky | 14-Apr-25 | Westin Book Cadillac--2024/11/25, Client Related- Lodging, Westin Book Cadillac, Reasons: "Hotel 1 night in Detroit" | $ | 249 |
| David Rychalsky | 13-May-25 | Townsend Hotel--2024/11/08, Client Related- Meals/ Entertainment, Townsend Hotel, Reasons: "Dinner " | $ | 40 |
| David Rychalsky | 13-May-25 | Westin Metropolitan--2024/12/20, Client Related- Lodging, Westin Metropolitan, Reasons: "Lodging at airport 1 night" | $ | 237 |
| David Rychalsky | 13-May-25 | Westin Book Cadillac--2024/12/18, Client Related- Lodging, Westin Book Cadillac, Reasons: "Hotel for night in Detroit" | $ | 294 |
| David Rychalsky | 13-May-25 | Hotelcom--2024/12/18, Client Related- Lodging, Hotelcom, Reasons: "Lodging for 1 night in Birmingham for MDen" | $ | 364 |
| **TOTAL LODGING** | | | **$** | **1,183** |
| David Rychalsky | 14-Apr-25 | Delta Air Lines--2024/11/25, Client Related - Airfare, Delta Air Lines, Reasons: "DTW - BOS" | $ | 245 |
| David Rychalsky | 14-Apr-25 | Delta Air Lines--2024/11/08, Client Related - Airfare, Delta Air Lines, Reasons: "BOS- DTW" | $ | 203 |
| David Rychalsky | 14-Apr-25 | Delta Air Lines--2024/10/30, Client Related - Airfare, Delta Air Lines, Reasons: "Flight to Detroit from Boston" | $ | 343 |
| David Rychalsky | 13-May-25 | Amoco--2024/12/18, Client Related - Ground Transporation, Amoco, Reasons: "Gas for car rental" | $ | 8 |
| David Rychalsky | 13-May-25 | Avis Rent A Car--2024/12/18, Client Related - Ground Transporation, Avis Rent A Car, Reasons: "Rental car for week in Michigan" | $ | 149 |
| David Rychalsky | 13-May-25 | Delta Air Lines--2024/12/05, Client Related - Airfare, Delta Air Lines, Reasons: "DTW-BOS" | $ | 319 |
| David Rychalsky | 13-May-25 | Delta Air Lines--2024/12/04, Client Related - Airfare, Delta Air Lines, Reasons: "Flight to Detroit from Boston" | $ | 448 |
| David Rychalsky | 13-May-25 | Uber Trip help.uber.com--2024/12/16, Client Related - Ground Transporation, Uber Trip help.uber.com, Reasons: "Uber to Airport to fly out" | $ | 46 |
| David Rychalsky | 13-May-25 | City Of Birmingham C--2024/12/18, Client Related - Ground Transporation, City Of Birmingham C, Reasons: "Parking at Birmingham, MI office 2 days" | $ | 20 |
| Sheldon Stone | 26-Nov-24 | LAZ Parking--2024/09/20, Client Related - Ground Transporation, LAZ Parking, Reasons: "Parking for Court hearing" | $ | 16 |
| **TOTAL AIRFARE & TRANSPORTATION** | | | **$** | **1,799** |
| David Rychalsky | 6-Jan-25 | Streetside Seafood--2024/12/18, Client Related- Meals/ Entertainment, Streetside Seafood, Reasons: "Dinner with Erik Morandi & Anthony Kochis (WBK) after 2004 exam" | $ | 173 |
| David Rychalsky | 7-Jan-25 | Hopcat Detroit--2024/12/16, Client Related- Meals/ Entertainment, Hopcat Detroit, Attendees: "Morandi, Rychalsky", Reasons: "Dinner with E. Morandi in Detroit" | $ | 93 |
| David Rychalsky | 7-Jan-25 | AplPay PURE GREEN BI--2024/12/18, Client Related- Meals/ Entertainment, AplPay PURE GREEN BI, Reasons: "Breakfast in Birmingham, MI" | $ | 8 |
| David Rychalsky | 8-Jan-25 | Berkshire Farm--2024/12/17, Client Related- Meals/ Entertainment, Berkshire Farm, Reasons: "Dinner at Boston Logan Airport during 3 hour delay to Detroit" | $ | 63 |
| Sheldon Stone | 8-Jan-25 | Stage & Co.--2024/12/18, Client Related- Meals/ Entertainment, Stage & Co., Attendees: "D Rychalsky, E Morandi", Reasons: "late night working dinner with D Rychalsky, E Morandi " | $ | 175 |
| Sheldon Stone | 8-Jan-25 | Daxton Hotel--2024/12/18, Client Related- Meals/ Entertainment, Daxton Hotel, Attendees: "D Rychalsky, E Morandi", Reasons: "Working breakfast with D Rychalsky, E Morandi" | $ | 58 |
| Erik Morandi | 9-Jan-25 | Beyond Juice--2024/12/19, Client Related- Meals/ Entertainment, Beyond Juice, Reasons: "Working Lunch for the team (Sheldon, Dave R, Erik)" | $ | 40 |
| **TOTAL MEALS** | | | **$** | **611** |
| David Rychalsky | 14-Apr-25 | Www.Pacer.Gov--2024/11/06, Client Related- Other, Www.Pacer.Gov, Reasons: "ECF Charges for M Den" | $ | 50 |
| **TOTAL PACER.GOV EXPENSES** | | | **$** | **50** |
| | | | | |
| **TOTALS** | | | **$** | **3,642** |

Internal Use

EXHIBIT 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In re: | Chapter 11 |
| HERITAGE COLLEGIATE APPAREL, INC. f/k/a M-Den, Inc., d/b/a The M Den, | Case No. 24-47922-tjt |
| | Hon. Thomas J. Tucker |
| Debtor. | |
| _____ / | |

**NOTICE OF APPLICATION FOR FINAL APPROVAL OF FEES AND EXPENSES OF CRS CAPSTONE PARTNERS LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OPPORTUNITY TO RESPOND**

CRS Capstone Partners LLC ("Capstone"), financial advisor to the Official Committee of Unsecured Creditors in the above captioned case, has filed papers with the Court requesting approval of first and final fees and expenses. Capstone seeks final approval of compensation totaling $271,547.26.  This amount consists of (i) fees totaling $267,905.00 representing 455.6 hours of service; and (ii) expenses paid by Capstone totaling $3,642.26. Capstone is not holding any retainer. This Application covers the period September 9, 2024 through June 30, 2025.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested in the Application, or if you want the court to consider your views on the Application, within **21 days**, you or your attorney must:

      1.    File with the court a written response or an answer,[1] explaining your position at:

---

[1]Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

United States Bankruptcy Court
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the court for filing, you
must mail it early enough so the court will **receive** it
on or before the date stated above.  All attorneys
are required to file pleadings electronically.

You must also mail a copy to:

Wolfson Bolton Kochis PLLC
Attn: Scott A. Wolfson
Anthony J. Kochis
880 W. Long Lake Rd., Suite 420
Troy, MI  48098

2.     If a response or answer is timely filed and served, the
clerk will schedule a hearing on the Application and you will be
served with a notice of the date, time and location of the
hearing.

**If you or your attorney do not take these steps, the court may decide
that you do not oppose the relief sought in the Application and may
enter an order granting that relief.**

                              Respectfully submitted,
                              WOLFSON BOLTON KOCHIS PLLC

Dated: July 8, 2025          By:___/s/ Anthony J. Kochis_____
                                Scott A. Wolfson (P53194)
                                Anthony J. Kochis (P72020)
                              880 W. Long Lake Rd., Suite 420
                              Troy, MI  48098
                              (248) 247-7105
                              akochis@wolfsonbolton.com

2

EXHIBIT 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:                                                    Chapter 11

HERITAGE COLLEGIATE APPAREL, INC.          Case No. 24-47922-tjt
f/k/a M-Den, Inc., d/b/a The M Den,

                                                          Hon. Thomas J. Tucker
          Debtor.
_____/

## CERTIFICATE OF SERVICE

I certify that, on July 8, 2025, I caused the *Application For Final Approval Of Fees And Expenses Of CRS Capstone Partners LLC, Financial Advisor To The Official Committee Of Unsecured Creditors* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service, including the following:

Douglas C. Bernstein on behalf of Interested Party Bank of Ann Arbor
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com

Douglas C. Bernstein on behalf of Interested Party UniFi Equipment Finance, Inc.
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com

Mark A. Bogdanowicz on behalf of Creditor Branded Custom Sportswear, Inc.
mbogdanowicz@spencerfane.com, cwilkison@spencerfane.com

Howard M. Borin on behalf of Creditor The Regents of the University of Michigan
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Creditor Committee Unsecured Creditor's Committee
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin on behalf of Debtor In Possession Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den
hborin@schaferandweiner.com, jburns@schaferandweiner.com

Kelley Callard (UST) on behalf of U.S. Trustee Andrew R. Vara
Kelley.Callard@usdoj.gov

Jacob Carlton on behalf of Interested Party Follett Higher Education
carltonj@millerjohnson.com,
9688700420@filings.docketbird.com;ecfpigginsj@millerjohnson.com

Eric Conn on behalf of Creditor Bullion International, Inc.
econn@fsbrlaw.com,
jstaffeld@fsbrlaw.com;kmontague@fsbrlaw.com;sparrish@fsbrlaw.com

Sean M. Cowley (UST) on behalf of U.S. Trustee Andrew R. Vara
Sean.cowley@usdoj.gov

Robert C. Folland on behalf of Creditor The Regents of the University of Michigan
Rob.Folland@btlaw.com

Gill R. Geldreich on behalf of Creditor TN Dept of Revenue
Gill.Geldreich@ag.tn.gov

Stuart A. Gold on behalf of Creditor Summit Sportswear Inc
sgold@glmpc.com, sgold@ecf.courtdrive.com

Ryan D. Heilman on behalf of Creditor M Den State Street Properties, LLC
ryan@heilmanlaw.com, cindy@heilmanlaw.com

Ryan D. Heilman on behalf of Creditor M-Den Properties, LLC
ryan@heilmanlaw.com, cindy@heilmanlaw.com

Ryan D. Heilman on behalf of Creditor Julie Corrin
[ryan@heilmanlaw.com](mailto:ryan@heilmanlaw.com), [cindy@heilmanlaw.com](mailto:cindy@heilmanlaw.com)

Ryan D. Heilman on behalf of Creditor Scott Hirth
[ryan@heilmanlaw.com](mailto:ryan@heilmanlaw.com), [cindy@heilmanlaw.com](mailto:cindy@heilmanlaw.com)

Ryan D. Heilman on behalf of Creditor Steven Horning
[ryan@heilmanlaw.com](mailto:ryan@heilmanlaw.com), [cindy@heilmanlaw.com](mailto:cindy@heilmanlaw.com)

Ryan D. Heilman on behalf of Interested Party M Den Stadium
Properties, LLC
[ryan@heilmanlaw.com](mailto:ryan@heilmanlaw.com), [cindy@heilmanlaw.com](mailto:cindy@heilmanlaw.com)

Kim K. Hillary on behalf of Debtor In Possession Heritage Collegiate
Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den
[khillary@schaferandweiner.com](mailto:khillary@schaferandweiner.com), [lfernandez@schaferandweiner.com](mailto:lfernandez@schaferandweiner.com)

Ronna G. Jackson on behalf of U.S. Trustee Andrew R. Vara
[Ronna.G.Jackson@usdoj.gov](mailto:Ronna.G.Jackson@usdoj.gov)

Shanna Marie Kaminski on behalf of Interested Party Elemental Capital,
Inc.
[skaminski@kaminskilawpllc.com](mailto:skaminski@kaminskilawpllc.com)

Anthony J. Kochis on behalf of Creditor The Regents of the University
of Michigan
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Creditor Committee Unsecured
Creditor's Committee
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Debtor In Possession Heritage
Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Peter T. Kotula on behalf of Creditor Michigan Unemployment
Insurance Agency
[kotulap@michigan.gov](mailto:kotulap@michigan.gov),
[eaglec@michigan.gov;taylora35@michigang.gov](mailto:eaglec@michigan.gov)

Thomas R. Morris on behalf of Creditor 315-317 SMS, L.L.C.
tmorris@morrispllc.com, dmorris@morrispllc.com

Paul J. Randel (UST) on behalf of U.S. Trustee Andrew R. Vara
Paul.Randel@usdoj.gov

Steven A. Roach on behalf of Creditor Alumni Association of University
of Michigan
roach@millercanfield.com, widen@millercanfield.com

Nathan Quinn Rugg on behalf of Creditor lululemon usa inc.
nathan.rugg@bfkn.com

Roy C. Sgroi on behalf of Creditor Newtek Small Business Finance,
LLC
rcs@sgroilaw.com

Ronald A. Spinner on behalf of Creditor Alumni Association of
University of Michigan
spinner@millercanfield.com

Ronald A. Spinner on behalf of Creditor Nike Retail Services, Inc.
spinner@millercanfield.com

Lisa D. Starks on behalf of Creditor The Regents of the University of
Michigan
lisa.starks@btlaw.com, Orlanda.Hauff@btlaw.com

Lisa D. Starks on behalf of Creditor Committee Unsecured Creditor's
Committee
lisa.starks@btlaw.com, Orlanda.Hauff@btlaw.com

Lisa D. Starks on behalf of Debtor In Possession Heritage Collegiate
Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den
lisa.starks@btlaw.com, Orlanda.Hauff@btlaw.com

Marc N. Swanson on behalf of Creditor Alumni Association of University
of Michigan
swansonm@millercanfield.com,

4

Kidd@MillerCanfield.com;brennan@millercanfield.com

Marc N. Swanson on behalf of Creditor Global Resource Center, LLC
swansonm@millercanfield.com,
Kidd@MillerCanfield.com;brennan@millercanfield.com

Marc N. Swanson on behalf of Creditor Nike Retail Services, Inc.
swansonm@millercanfield.com,
Kidd@MillerCanfield.com;brennan@millercanfield.com

Marc N. Swanson on behalf of Creditor Olympia Development of
Michigan LLC
swansonm@millercanfield.com,
Kidd@MillerCanfield.com;brennan@millercanfield.com

David J. Szymanski, Jr on behalf of Creditor Bullion International, Inc.
dszymanski@fsbrlaw.com

W. Daniel Troyka on behalf of Debtor In Possession Heritage Collegiate
Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den
troyka@cmplaw.com, diane@cmplaw.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com

Zachary R. Tucker on behalf of Creditor Innovative Adhesives, LLC
ztucker@winegarden-law.com, mary@winegarden-law.com

Michael R. Turco on behalf of Creditor The Regents of the University of
Michigan
turco@bwst-law.com, vancleve@bwst-law.com

Thaddeus D. Wilson on behalf of Interested Party Lids Holdings, Inc.
thadwilson@kslaw.com

Scott A. Wolfson
swolfson@wolfsonbolton.com

Scott A. Wolfson on behalf of Creditor Committee Unsecured Creditor's
Committee

swolfson@wolfsonbolton.com,
stravis@wolfsonbolton.com;wbk@ecfAlerts.com

Scott A. Wolfson on behalf of Creditor Committee Unsecured Creditors'
Committee of Heritage Collegiate Apparel, Inc.
swolfson@wolfsonbolton.com,
stravis@wolfsonbolton.com;wbk@ecfAlerts.com

Doron Yitzchaki on behalf of Interested Party Legends Global
Merchandise, LLC
DYitzchaki@dickinsonwright.com

Respectfully submitted,

WOLFSON BOLTON KOCHIS PLLC

Dated: July 8, 2025          By:__/s/ Anthony J. Kochis_____
                                      Scott A. Wolfson (P53194)
                                      Anthony J. Kochis (P72020)
                                  880 West Long Lake Road
                                  Suite 420
                                  Troy, MI 48098
                                  (248) 247-7105
                                  akochis@wolfsonbolton.com

6