Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 24−47922−tjt
Chapter: 11
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    Heritage Collegiate Apparel, Inc. f/k/a
    M−Den, Inc., d/b/a The M Den
    315 S. Main St.
    Ann Arbor, MI 48104

Social Security No.:

Employer's Tax I.D. No.:
    38−1944586

## NOTICE OF HEARING TO BE HELD IN−PERSON

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*304* − Application for Administrative Expenses 503(b)(9) claim Filed by Creditor Oracle Credit Corporation (Attachments: # 1 Exhibit Invoices # 2 Proposed Order) (Newman, Max)

will be held on: 7/30/25 at 11:00 AM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

NOTE: THIS IS AN IN−PERSON HEARING

Dated: 7/23/25

                          BY THE COURT

                          Todd M. Stickle, Clerk of Court
                          U.S. Bankruptcy Court