**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:                                                    Chapter 11

HERITAGE COLLEGIATE APPAREL, INC.,        Case No. 24-47922-tjt
                                          Judge Thomas J. Tucker

       Debtor.

_____/

## ORDER MODIFYING CLAIM NO. 14-2
## FILED BY JAMES P. FLANNELLY III

This case is before the Court on the stipulation of The Heritage
Collegiate Apparel, Inc. Liquidation Trust and the creditor James P.
Flannelly III, filed March 23, 2026 (Docket # 366, the "Stipulation").  Mr.
Flannelly filed an unsecured priority claim in the amount of $10,000.00
("Claim 14-2").  Mr. Flannelly has agreed to modify the claim to a general
unsecured claim, as shown by the Stipulation.  The Court finds good cause
to enter this Order.

**IT IS ORDERED** that Claim 14-2 is modified to a general unsecured
claim in the amount of $10,000.00.

**Signed on March 23, 2026**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**