B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re <u>Heritage Collegiate Apparel, Inc. f/k/a M-Den, Inc., d/b/a The M Den,</u>     Case No. <u>24-47922-tjt</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Heritage Collegiate Apparel, Inc. Liquidation Trust</u>       <u>Bank of Ann Arbor</u>
Name of Transferee                                                                Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>70-2</u>
should be sent:                                                            Amount of Claim: <u>$ 3,642,694.18</u>
                                                                                   Date Claim Filed: <u>12/05/2024</u>

Heritage Collegiate Apparel, Inc. Liquidation Trust
c/o Wolfson Bolton Kochis PLLC
Attn: Anthony J. Kochis
880 W. Long Lake Rd, Suite 420
Troy, MI 48098

Phone: <u>248-247-7105</u>                                        Phone: <u>248-901-4091</u>
Last Four Digits of Acct #: _____                   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>/s/ Anthony J. Kochis</u>                                Date: <u>March 24, 2026</u>
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

4938-3425-0392, v. 3